# EXHIBIT 1-23

      ii.      Damages in an amount no less than $200,000,000, the exact amount of which to be determined at trial;

      iii.     Pre-judgment and post-judgment interest at the maximum rate allowed by law; and

      iv.     Such other, further and different relief as this Court deems just and proper.

XXIII. With respect to the Twenty-third Cause of Action (Negligence):

      i.      Judgment in favor of Plaintiffs and against Defendants, jointly and severally;

      ii.     Damages in an amount no less than $200,000,000, the exact amount of which to be determined at trial;

      iii.    Pre-judgment and post-judgment interest at the maximum rate allowed by law; and

      iv.     Such other, further and different relief as this Court deems just and proper.

XXIV. With respect to the Twenty-fourth Cause of Action (Conversion):

      i.      Judgment in favor of Plaintiffs and against Defendants, jointly and severally;

      ii.     Damages in an amount no less than $200,000,000, the exact amount of which to be determined at trial;

      iii.    Pre-judgment and post-judgment interest at the maximum rate allowed by law; and

      iv.     Such other, further and different relief as this Court deems just and proper.

XXV. With respect to the Twenty-fifth Cause of Action (Civil Conspiracy):

      i.      Judgment in favor of Plaintiffs and against Defendants, jointly and severally;

      ii.     Damages in an amount no less than $200,000,000, the exact amount of which to be determined at trial;

      iii.    Pre-judgment and post-judgment interest at the maximum rate allowed by law;

      iv.     Punitive damages in an amount to be determined at trial; and

      v.      Such other, further and different relief as this Court deems just and proper.

XXVI. With respect to the Twenty-sixth Cause of Action (Civil RICO 18 U.S.C. 1962(a)–(c)):

    i. Judgment in favor of Plaintiffs and against Defendants, jointly and severally; Damages in an amount no less than $200,000,000, the exact amount of which to be determined at trial;

    ii. Pursuant to RICO, reasonable attorney's fees, the costs of suit and all expenses and disbursements incurred in this action;

    iii. Pre-judgment and post-judgment interest at the maximum rate allowed by law;

    iv. Pursuant to RICO, treble damages in addition to any other damages to which the victim is entitled pursuant to common law or other provisions of the statutory code; and

    v. Such other, further and different relief as this Court deems just and proper.

XXVII. With respect to the Twenty-seventh Cause of Action (Civil RICO 18 U.S.C. 1962(d)):

    i. Judgment in favor of Plaintiffs and against Defendants, jointly and severally; Damages in an amount no less than $200,000,000, the exact amount of which to be determined at trial;

    ii. Pursuant to RICO, reasonable attorney's fees, the costs of suit and all expenses and disbursements incurred in this action;

    iii. Pre-judgment and post-judgment interest at the maximum rate allowed by law;

    iv. Pursuant to RICO, treble damages in addition to any other damages to which the victim is entitled pursuant to common law or other provisions of the statutory code; and

    v. Such other, further and different relief as this Court deems just and proper.

## JURY DEMAND

Plaintiffs demand trial by jury on all issues and counts so triable.

*[signature]*

SYLVIA J. ROLINSKI, ESQ.
Attorney Registration No. 4210464
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
Office +1-301-987-0202 ext. 1
Fax +1-301-263-7100
sjr@Rolinski.com

November 27, 2018                          Attorney for Plaintiffs

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_____
RUDERSDAL, EOOD; ALL SEAS
PROPERTY 2, OOD; ASSET
MANAGEMENT, EAD; and
ZAHARI TOMOV,

           Plaintiffs,

  -against-

PHILIP ROBERT HARRIS; AYR
LOGISTICS LIMITED, INC.;
ANTHONY DENNIS HARRIOTT;
GRANT CAPITAL INVESTMENTS,
LTD.; FIRST INVESTMENT BANK,
AD; TSEKO TODOROV MINEV;
IVAILO DIMITROV MUTAFCHIEV;
CHAVDAR ANGELOV ANGELOV;
ALL SEAS MANAGEMENT, LTD.;
BLUE FINANCE LIMITED;
DELYAN SLAVCHEV PEEVSKI;
NSN INVESTMENT, EOOD;
BULGARTOBAC HOLDING, AD;
BULGARIAN NATIONAL BANK;
STANISLAV GEORGIEV LYUTOV;
ELENA ZDRAVKOVA
KOSTADINCHEV; TABAK MARKET,
AD; CIBOLE SERVICES
INCORPORATED, BULGARIA, EOOD;
ASTERIA BG, EOOD a/k/a DROSLIAN
BULGARIA, EOOD; VILI VIST, EAD;
PROMISHLENO STROITELSTVO
HOLDING, EAD; THE BANK OF
NEW YORK MELLON CORPORATION;
EATON VANCE STRUCTURED
EMERGING MARKETS EQUITY
FUND, LLC; THE BANK FOR FOREIGN
TRADE OF THE RUSSIAN FEDERATION
a/k/a VTB BANK,
           Defendants.
_____

Index No. _____

**SUMMONS**

Date Index No. Purchased: _____

To the above named Defendants:

**PHILIP ROBERT HARRIS**
459 Chippendale Drive
Rockwall, TX 75032

**AYR LOGISTICS LIMITED, INC.**
By: Philip Robert Harris
President and General Manager
459 Chippendale Drive
Rockwall, TX 75032

**ANTHONY DENNIS HARRIOTT**
21 Foxcroft Drive
Princeton, NJ 08540

**GRANT CAPITAL INVESTMENTS, LTD.**
By: Anthony D. Harriott
Director
21 Foxcroft Drive
Princeton, NJ 08540

**FIRST INVESTMENT BANK, AD**
By: Nedelcho Vasilev Nedelchev
Director
37 Dragan Tzankov Boulevard
Municipality Stolichna
Sofia, Bulgaria 1797

**TSEKO TODOROV MINEV**
20 Dospat Str.
Fl. 4, Ap. 12
Sofia, Bulgaria 1463

**IVAILO DIMITROV MUTAFCHIEV**
26 Krushova Gradina Str.
Sofia, Bulgaria 1415

**CHAVDAR ANGELOV ANGELOV**
Tourist Lodge in the
Aladzha Manastir locality
Primorski District
Varna, Bulgaria 9007

**ALL SEAS MANAGEMENT, LTD.**
By: Registered Agent
Marshall Islands Management Company
Trust Company of the Marshall Islands, Inc.
Trust Company Complex, Suite 206
Aljeltake Road, Ajeltake Island
P.O. Box 3055
Majuro, MH 96960