# EXHIBIT 1-24

BLUE FINANCE LIMITED
By: Registered Agent
Marshall Islands Management Company
Trust Company of the Marshall Islands, Inc.
Trust Company Complex, Suite 206
Aljeltake Road, Ajeltake Island
P.O. Box 3055
Majuro, MH 96960

DELYAN SLAVCHEV PEEVSKI
6 Atanas Dalchev Street
Sofia, Bulgaria 1113

NSN INVESTMENT, EOOD
By: Alexander Kirilov Georgiev
119 Ekzarh Yosif Street
Oborishte District
Sofia, Bulgaria 1527

BULGARTABAC HOLDING, AD
By: Radoslav Vasilev Rahnev
Director
62 Graf Ignatiev Street
Sofia, Bulgaria 1000

BULGARIAN NATIONAL BANK
By: Dimitar Radev
Governor
1 Knyaz Alexander I Square
Sofia, Bulgaria 1000

STANISLAV GEORGIEV LYUTOV
Individually and as BNB Conservator
22 Anton Chehov Street
1 Floor Apt 16
Sofia, Bulgaria 1113
Conservator of Corporate Commercial Bank

ELENA ZDRAVKOVA
KOSTADINCHEV
Individually and as BNB Conservator
District Lager
Building 12, Entrance B, Floor 1 Apt. 1
Sofia, Bulgaria 1612
Conservator of Corporate Commercial Bank

TABAK MARKET, AD
By: Victor Nikolaev Nalbantov
Director
161 Knyaz Boris I Street
Vazrajdane District
Sofia, Bulgaria 1202

**CIBOLE SERVICES
INCORPORATED,
BULGARIA, EOOD**
By: Gergana Kirilova Angelova
Manager
11 Antim I Street
Vazrajdane District
Sofia, Bulgaria 1303

**ASTERIA BG, EOOD
a/k/a DROSLIAN BULGARIA, EOOD**
By: Borislav Ivanov Borisov
Manager
10 Doyran Street
Krasno Selo District
Sofia, Bulgaria 1700

**VILI VIST, EAD**
By: Nikolai Milev Milev
Director
47 Industrialna Street
Burgas, Bulgaria 8000

**PROMISHLENO STROITELSTVO
HOLDING, EAD**
By: Kamen Stoyanov Kanev
Director
1 Zavodska Street
Village of Yana
Sofia, Bulgaria 1895

**THE BANK OF NEW YORK
MELLON CORPORATION**
One Wall Street
New York, New York 10286
By: Registered Agent
New York State Secretary of State
New York Dept. of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

**EATON VANCE STRUCTURED
EMERGING MARKETS
EQUITY FUND, LLC**
By: Eaton Vance Management
New York State Secretary of State
New York Dept. of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

THE BANK FOR FOREIGN TRADE OF
THE RUSSIAN FEDERATION
a/k/a VTB BANK
By: Anton G. Siluanov
Chairman of the Supervisory Council
Or
By: Andre L. Kostin
President and Chairman of VTB Bank
Registered Address:
29 Bolshaya Morskaya Street
St. Petersburg, Russia 190000

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

The basis of venue is 28 U.S.C. § 1391(b)(2) and (3), and 18 U.S.C. § 1965(b), which is that a substantial part of the events or omissions giving rise to the claim occurred in New York, New York.

Dated: Potomac, MD
November 28, 2018

ROLINSKI LAW GROUP, LLC

By _____
SYLVIA J. ROLINSKI, ESQ.
Attorney for Plaintiffs
Rudersdal, EOOD
All Seas Property 2, OOD
Asset Management, EAD
Zahari Tomov
14915 River Road
Potomac, MD 20854
301-987-0202
sjr@Rolinski.com