# EXHIBIT 2-1

IN THE SURPREME COURT
FOR THE STATE OF NEW YORK
(COMMERCIAL DIVISION)

| | |
|---|---|
| RUDERSDAL, EOOD, | |
| ALL SEAS PROPERTY 2, OOD, | |
| ASSET MANAGEMENT, EAD, | |
| ZAHARI TOMOV, | |
|   Plaintiffs, | Case No. _____ |
| v. | JURY TRIAL DEMANDED |
| PHILIP ROBERT HARRIS, | |
| AYR LOGISTICS LIMITED, INC., | |
| ANTHONY DENNIS HARRIOTT, | |
| GRANT CAPITAL INVESTMENTS, LTD., | |
| FIRST INVESTMENT BANK, AD, | |
| TSEKO TODOROV MINEV, | |
| IVAILO DIMITROV MUTAFCHIEV, | |
| CHAVDAR ANGELOV ANGELOV, | |
| BLUE FINANCE LIMITED, | |
| ALL SEAS MANAGEMENT, LTD., | |
| DELYAN SLAVCHEV PEEVSKI, | |
| NSN INVESTMENT, EOOD, | |
| BULGARTABAC HOLDING, AD, | |
| BULGARIAN NATIONAL BANK, | |
| STANISLAV GEORGIEV LYUTOV, | |
| ELENA ZDRAVKOVA | |

| | |
|---|---|
| KOSTADINCHEV, | ) |
| | ) |
| TABAK MARKET, AD, | ) |
| | ) |
| CIBOLE SERVICES INCORPORATED, | ) |
| BULGARIA, EOOD, | ) |
| | ) |
| ASTERIA BG, EOOD | ) |
| a/k/a DROSLIAN BULGARIA, EOOD, | ) |
| | ) |
| VILI VIST, EAD, | ) |
| | ) |
| PROMISHLENO STROITELSTVO | ) |
| HOLDING, EAD, | ) |
| | ) |
| THE BANK OF NEW YORK | ) |
| MELLON CORPORATION, | ) |
| | ) |
| EATON VANCE STRUCTURED | ) |
| EMERGING MARKETS | ) |
| EQUITY FUND, LLC, | ) |
| | ) |
| THE BANK FOR FOREIGN TRADE OF | ) |
| THE RUSSIAN FEDERATION, | ) |
| a/k/a VTB BANK | ) |
| | ) |
| Defendants. | ) |

# EXHIBITS