# EXHIBIT 2-2

# EXHIBIT A

Фрея Транслейшънс / Freya Translations
Преводи от и на чужди езици
гр. Варна, ул. Н. Вапцаров № 3, вх. Г, ет. 8, офис 21, тел. +359 52 712 522, факс +359 52 712 533
e-mail: freyatranslations@gmail.com, freyatranslations@abv.bg

*Превод от английски език*

## CONTRACT FOR FINANCING AND CONSTRUCTION OF THE SILVER BEACH DEVELOPMENT COMPLEX

This agreement is made and entered into, as of the last date written below, by and between:

Ayr Logistics Limited, Inc., USA, with address P.O. Box 1256, Greenville, Texas 75403- 1256, represented by the President Phillip Robert Harris

and

"ALL SEAS BULGARIA" EOOD, a company duly incorporated under the Bulgarian laws, entered into the Registry Agency- Commercial Register, with EIK 103318621, having its seat and registered office in Varna, complex "Horizont", Primorski park, pl. No 3, fl. 2, represented by the manager Chavdar Angelov Angelov, Personal ID 6103201066

WHEREAS, "ALL SEAS BULGARIA" EOOD, hereinafter called Silver Beach, with full authority makes an irrevocable firm commitment to provide the necessary project licensing, in-country support, operational support, marketing and marketing for the project herein, and hereby certifies, represents and warrants that it can fulfill the requirements of the project under the terms agreed upon by the signatories hereafter; and

WHEREAS, Ayr Logistics Limited, Inc., hereinafter called Ayr, makes the firm commitment it can provide the financing as well as design, engineering, construction and construction management activities, as

## ДОГОВОР ЗА ФИНАНСИРАНЕ И РАЗВИТИЕ НА КОМПЛЕКС СИЛВЪР БИЙЧ

Настоящото споразумение се изготви и подписа, така както е установено с датата по-долу между страните:

Еър Лоджистикс Лимитед Инк, САЩ, с адрес P.O. Box 1256, Грийнвил, Тексас 75403- 1256, представлявано от Филип Робърт Харис –Президент,

и

"ОЛ СИЙЗ БЪЛГАРИЯ" ЕООД, дружество, учредено в съответствие със законодателството на Република България, вписано в Агенция по вписванията – Търговски регистър, с ЕИК 103318621, със седалище и адрес на управление във Варна, комплекс "Хоризонт", Приморски парк, пл. № 3, ет. 2, представлявано от управителя Чавдар Ангелов Ангелов, ЕГН 6103201066

КЪДЕТО, "ОЛ СИЙЗ БЪЛГАРИЯ" ЕООД, от тук нататък наричано Силвър Бийч, с пълни правомощия поема безусловно задължение да осигури необходимите лицензи за проекта, вътрешнодържавна подкрепа, оперативна подкрепа и маркетинг за описания тук проект и с настоящото декларира, свидетелства и гарантира, че може да изпълни всички изисквания за проекта съгласно условията, договорени от подписаните тук страни; и

КЪДЕТО, Еър Лоджистикс Лимитед, Инк, от тук нататък наричани Еър, поема неотменна гаранция, че има възможност да осигури финансирането, както и дизайна, инженерната дейност,

required, as outlined herein and certifies, represents and warrants that it can fulfill the requirements of this agreement and accomplish what is required of it herein under the terms agreed upon by the signatories hereafter.

The Parties therefore agree as follows:

### Article 1: General

1.1. The project will involve the construction of a complete community on 105 hectares of ground on the Black Sea coast of Bulgaria. The community will consist of but is not limited to a mixed housing complex including a retirement community, individual homes, sea front homes and apartments buildings all totaling 2480 units; a small hospital; mall complex; parking; fishing village; cultural center; amphitheater; marina; beach renovations; religious facilities; solar power park; water-greenery complex; and all utilities including water purification, sewer treatment, roads, electricity distribution, etc.

1.1.1 It is estimated the funds required for the complex's construction including the cost of the land will be approximately Four Hundred Four Million Four Hundred Euros (€404,400,000).

1.1.2 It is estimated the construction will take place over a Forty Eight (48) month period.

1.2 upon the signing of this contract for the realization of the "Silver Beach" project the Parties arrange the financial support and the ownership of the investment project through the incorporation of a New Operating Company (NOC) for the purpose of owning and operating the Community Complex. Upon the formation of the NOC:

1.2.1 The parties shall be issued their shareholding. Ayr shall be issued 60 percent ownership equity in the NOC and Silver Beach 40%.

строителството и управлението им, съгласно изискванията и както е уговорено в настоящото и декларира, свидетелства и гарантира, че може да изпълни всички изисквания за проекта съгласно условията, договорени от подписаните тук страни.

Страните се договарят за следното:

### Член 1: Общи условия

1.1. Проектът ще включва построяването на цялостна комунална система от 105 хектара площ на черноморското крайбрежие на България. Тази комунална система ще се състои от, но без да се ограничава до, комплекс от смесено жилищно строителство, включително старчески дом, отделни къщи, къщи с изглед към морето и блокове с апартаменти от общо 2480 жилища; малка болница; мол; паркинг; рибарско селище; културен център; амфитеатър; яхт-клуб; възстановяване на бреговата и плажна ивица; религиозен комплекс; парк за слънчева енергия; комплекс озеленени площи с изкуствени водоеми; и всякакви други комунални съоръжения, включително водопречистване, канализация, пътища, електропреносна мрежа и т.н.

1.1.1. Предвижда се средствата, необходими за построяването на комплекса, включително цената на земята, да бъдат приблизително четиристотин и четири милиона и четиристотин хиляди евро (€404,400,000).

1.1.2. Предвижда се строителството да продължи в период от над четиридесет и осем месеца.

1.2. Със сключването на настоящия договор, по реализацията на проекта " Силвър Бийч" страните договарят финасовото осигуряване и притежанието на инвестиционния проект посредством учредяването на нова действаща компания (НДК), с цел притежаването и развитието на комплекса. При учредяването на НДК:

1.2.1. Страните ще си разпределят капитала на компанията. Еър ще притежава 60 процента от капитала на НДК, а Силвър Бийч – 40 процента.

1.2.2 The NOC shall be operated under a Shareholder's Agreement signed between the Parties on 13.04.2009 and in accordance with the incorporating documents dated 15.09.2009 for the incorporation of "AYR PROPERTY DEVELOPMENT" AD – city of Varna, Republic of Bulgaria.

1.2.3 Ayr shall lodge an application in front of the Bulgarian authorities for the certification of the "Silver Beach" project as a priority investment and for the signing of a Memorandum with the Bulgarian Government for measures of encouragement of the investment project.

1.2.4 All Seas Bulgaria shall ensure the ownership of the rights over the investment terrain and project to the NOC through All Seas Property 2 OOD, city of Varna, Republic of Bulgaria.

1.3 The NOC shall assume the total amount of the financing for the facility's construction upon construction completion and hand-over. Ayr shall hold the mortgage on the facilities until the debt has been repaid in total.

1.4 Ayr shall arrange for the required security deposit to be provided by the construction contractor.

1.6 Ayr shall establish a Project Office to support the project.

Article 2:     Financial Support for the Project

2.1 Ayr shall establish a credit line. Said credit line shall be expended in the form of individual payments for billings by the construction firm(s), equipment manufacturer(s), etc. as their billings occur throughout the project's accomplishment. Said credit line shall be available to begin payments within 45 to 60 days from acceptance of the guarantee by Ayr's bankers. It is expected these payments shall be made in a near straight line drawdown throughout the program.

2.2 For each drawdown, the NOC shall advise Ayr of the payment required by validating the contractor's billing invoice

---

1.2.2. НДК ще фунцкионира съгласно акционерно споразумение, подписано между тях от 13.04.2009 и съгласно учредителните документи от 15.09.2009 г. по учредяването на компанията "ЕЪР ПРОПЪРТИ ДЕВЕЛОПМЪНТ" АД - гр. Варна, Република България.

1.2.3. Еър ще подаде заявление пред Българските власти за сертифициране на проекта "Силвър Бийч" със статут на приоритетна и за подписването на меморандум с Българското правителство относно мерките за насърчаване на инвестиционния проект .

1.2.4. Ол Сийз България ще осигури притежанието от НДК на правата върху инвестиционния терен и проект, посредством Ол Сийз Пропърти 2 ООД – Варна, Република България.

1.3. НДК ще поеме общия размер на **финансирането** за изграждането на комплекса при неговото завършване и предаване. Еър ще държат ипотеката върху комплекса до окончателното изплащане на кредита.

1.4. Еър предприема необходимото за осигуряването на изисквания гаранционен депозит от фирмата – строител.

1.6. Еър учредяват офис в подкрепа на проекта.

Член 2: Финансова подкрепа на проекта

2.1. Еър учредяват кредитна линия. Въпросната кредитна линия ще бъде изразходвана под формата на отделни плащания за разходите, фактурирани от строителни фирми, доставка на съоръжения и т.н. при вънкването на въпросните разходи в хода на изпълнението на проекта. Въпросната кредитна линия ще бъде в наличност за стартиране на плащанията в срок 45 до 60 дни от приемането на гаранциите от страна на банкерите на Еър. Предвижда се въпросните плащания да се извършват в намаляващ порядък по време на проекта.

2.2. За всяко плащане на разходи, НДК ще уведомява Еър за необходимостта от него чрез заверяване

with at least two verifying signatures. Said validated billing will be forwarded to Ayr. Within ten (10) days of receipt of the validated invoice, Ayr shall transfer the necessary payment to the account specified. Upon the NOC signing contracts with their contractors, the NOC shall provide to Ayr the names and sample signatures of the persons authorized to validate the invoices on behalf of the NOC and the bank name and account number to which the contractor(s) wants payments made.

2.3 Not later than the fifteenth (15th) day of the second month of each Quarter, the NOC shall provide Ayr with an expected drawdown schedule for the following quarter.

2.4 All Seas Bulgaria and the NOC agree the funding provided by Ayr shall be used solely for the development of the project. There shall be no payments for past Consultants or "Finder's Fees".

2.5 During the period of construction, there shall be no interest charged by Ayr on the loaned funds to the NOC and no interest accumulated. Any such interest payments on the loaned funds during the construction period shall be made by Ayr.

2.5.1 The project for the purposes of this contract shall be considered completed, when the complex facilities have been constructed, all equipment installed and tested, and the entire complex is available for occupancy by tenets.

2.6 The repayment of the loaned funds is to be made in equal Quarterly payments over a period of Twenty (20) years. The first Quarterly payment is due on the six (6) month anniversary of the turn-over of the project. Interest, at a fixed annual rate of Five and one half (5.5) percent of the unpaid balance shall be added to each quarterly payment. Loan payments shall be made to the account designated by Ayr. There is no penalty for early repayment.

на разходната фактура с поне два валидиращи подписа. Въпросната заверена фактура ще бъде изпращана на Еър в 10 дневен срок от приемането й, а Еър ще извършва необходимото плащане по посочената банкова сметка. При сключване на договори от страна на НДК с техни подизпълнители, НДК ще осигурява на Еър имената и спесимени от подписите на лицата, упълномощени да заверяват фактурите от страна на НДК и името на банката и номера на сметката на подизпълнителите, към които е необходимо плащане.

2.3. Не по-късно от петнадесетия (15тия) ден на втория месец на всяко тримесечие, НДК осигурява на Еър график с очакваното разходване на средства за предстоящото тримесечие.

2.4. Ол Сийз България и НДК се съгласяват слдствата, получени от Еър да бъдат използвани единствено за развитието на проекта. Няма да бъде плащано за предишни консултанти или за комисионни на посредници.

2.5. По време на периода на строителство, няма да се начислява лихва от страна на Еър върху отпуснатите на НДК заемни средства и няма да се натрупват лихви. Всякакви плащания за лихви върху отпуснатите средства по време на периода на строителство ще бъдат извършвани от Еър.

2.5.1. За целите на настоящото споразумение, проектът ще се счита за завършен, когато всички сгради в комплекса са построени, оборудването е инсталирано и изпробвано и цялостният комплекс е готов за настаняване на живущите.

2.6. Възстановяването на отпуснатите заемни средства се извършва на равни тримесечни вноски в рамките на период от двадесет (20) години. Първата тримесечна вноска е дължима при навършване на шест (6) месеца от предаването на проекта. Лихва при фиксирана годишна ставка от пет и половина (5.5) процента от неплатената част ще бъде добавяна към всяко тримесечно плащане. Плащанията по

кредита ще бъдат извършвани по сметка, посочена от Еър. Няма да има неустойки за предсрочни плащания.

### Article 3: Miscellaneous

3.1. Upon signing this contract, all signed incorporation documents between the Parties for the creation of "AYR PROPERTY DEVELOPMENT" AD, city of Varna, Republic of Bulgaria must be taken into consideration and it shall be intended to meet the needs of the certification of the "Silver Beach" project as a first-class priority investment in accordance with the Encouragement of Investments Act of the Republic of Bulgaria.

3.2 Any changes to the terms and conditions of this contract shall be reduced to writing and signed by or on behalf of both parties hereto.

3.3 The present Contract is subject to signing by the founders of "AYR PROPERTY INVESTMENT" AD, city of Varna, Republic of Bulgaria on date 15.09.2009.

3.4 All valid contract documents will be in the English language.

### Article 4: Taxes

All parties to this agreement are each responsible for their own individual and corporate taxes, as appropriate, regardless of the entity imposing said tax.

### Article 5: Expenses

Each party shall solely and individually be responsible and liable for any and all expenses and costs incurred as the result of establishing and executing this contract.

### Article 6: Law

All parties hereto understand and agree to abide by United States Law prohibiting the bribing, favor-giving, or any other financial inducement provided to a foreign government official or any other party for the purpose of obtaining business within the foreign nation.

### Член 3: Разни

3.1. При сключване на настоящото споразумение, същото отчита подписаните между страните към настоящия момент учредителни документи за създаването на "ЕЪР ПРОПЪРТИ ДЕВЕЛОПМЪНТ" АД - Варна, Република България и същото се назначава с оглед нуждите на сертифициране проекта "Силвър Бийч" като приортетна инвестиция съгласно Закона за насърчаване на инвестиите на Република България .

3.2. Всякакви промени в условията и сроковете по този договор могат да се извършват единствено в писмена форма и подписани от двете страни.

3.3. Настоящото споразумение се подписва пристрено от уредителите на "ЕЪР ПРОПЪРТИ ИНВЕСТМЪНТ" АД – гр. Варна, Република България, на дата 15.09.2009 г.

3.4. За валидни ще се считат документите и копията от договора подписани на английски език.

### Член 4: Данъци

Всяка от страните по настоящото споразумение ще поемат собствените си лични корпоративни данъци, без значение от администрацията, която е наложила въпросния данък.

### Член 5: Разходи

Всяка от страните самостоятелно и индивидуално ще поеме разноските и таксите, които се появят за нея в резултат на сключването и изпълнението на настоящия договор.

### Член 6: Законодателство

Всяка от страните по настоящия договор се съгласява и приема да спазва законодателството на САЩ относно забраната за подкуп, предоставяне на услуги и всякакви други финансови подбудителства към представител на представител на чуждо правителство или на друго лице с цел развитие на бизнеса й

| | |
|---|---|
| | в чуждата държава. |
| The contract shall be governed by the laws of the United Kingdom. | Договорът е подчинен на законодателството на Великобритания. |
| Article 7: Force Majeure | Член 7: Форс мажор |
| Neither party to the contract is responsible for breech of contract caused by an acts of god, insurrection, civil war, military operations, local emergencies, strikes or other uncontrollable situations as defined by the International Chamber of Commerce, Paris, France. | Никоя от страните няма да е отговорна за неизпълнение на договора, причинено от природно бедствие, бунт, метеж, гражданска война, военни операции, бедствени положения, протести или други неконтролируеми ситуации, така както са дефинирани от Международната търговска палата, Париж, Франция. |
| Article 8: Arbitration | Член 8: Арбитраж |
| In the event of any dispute between the parties, the two parties agree to try their utmost to resolve this by friendly negotiations. If the dispute is not resolved within a period of Twenty One (21) days then the disputed matters will be referred to arbitration in accordance with the rules of the International Chamber of Commerce ~ Paris, France. The site of the arbitration shall be determined by the parties as will the identity of the independent arbitrator. The arbitration fee will be born by the losing party. | В случай на спор между страните, те се съгласяват да положат максимални усилия да го разрешат чрез приятелски преговори. Ако спорът не е разрешен в срок от двадесет и един (21) дни, то същият следва да бъде отнесен към арбитраж в съответствие с правилата на Международната търговска палата, Париж, Франция. Мястото на арбитража ще бъде определено от страните, както и самоличността на независимия арбитър. Таксата за арбитражна процедура ще бъде поета от загубилата страна. |
| Article 9: Contract Signatories | Член 9: Изявления на страните |
| In witness whereof, the parties herein declare that they have read and are fully aware of the interpretation of all the provisions, terms and conditions of this contract and that they have signed herein below thereby entering into this contractual commitment as clearly defined and provided under all the terms, conditions and provisions of this contract and that each signatory is duly authorized to represent the parties hereto. | С настоящото страните декларират, че са прочели и са напълно наясно със смисъла на всички разпоредби, срокове и условия на настоящия договор и са го подписали по-долу, с което встъпват в настоящия договор като страни и приемат всичките му условия, срокове и разпоредби и че всяко от лицата, подписали договора, разполага с надлежна представителна власт да представлява страната, от чието име го подписва. |
| Article 10: Non-Circumvention | Член 10: Конфиденциалност |
| The parties accept and agree to the provisions of the international Chamber of commerce, Paris, France for the non-circumvention and non-disclosure with regards to all and every one of the parties involved in this transaction and contract, additions, renewals, with full reciprocation | Страните се съгласяват и приемат правилата на Международната търговска палата, Париж, Франция за конфиденциалност и неразкриване на информация по отношение на всички страни, включени в настоящата сделка и договор, както и неговите допълнения, |

| | |
|---|---|
| for a period of five (5) years from the date of the execution of this contract. | подновявания, при пълно взаимодействие, за период от пет (5) години от датата на изпълнение на настоящия договор. |
| **Article 11: Uniform Customs and Practices**<br>International Chamber of Commerce custom and practices shall apply to this contract. | **Член 11: Единни обичаи и практики**<br>Обичаите и практиките на Международната търговска палата ще намират приложение по настоящия договор. |
| **Article 12: Assignment**<br>Neither party may assign to a third party its rights, duties, responsibilities and obligations to a third party without written approval of the other party. | **Член 12: Правоприемство**<br>Никоя от страните няма правото да прехвърля на трета страна своите права, задължения и отговорности без писмено одобрение от другата страна. |

Signatories:                                       Страни:

*[signature: Philip R. Harris]*

For: Ayr Logistics Limited, Inc.                   За: Еър Лоджистикс Лимитед Инк
Name: Philip R. Harris                             Име: Филип Р. Харис

*[signature]*

For: ALL SEAS BULGARIA EOOD                        За: Ол Сийз България ЕООД
Name: Chavdar Angelov                              Име: Чавдар Ангелов

---

Подписаната, Илка Симеонова Дюлгерова, удостоверявам верността на извършения от мен превод от английски език на български език на приложения документ, ДОГОВОР ЗА ФИНАНСИРАНЕ И РАЗВИТИЕ НА КОМПЛЕКС СИЛВЪР БИЙЧ от 15.09.2009. Преводът се състои от 8 стр.

Преводач: ................ Илка Симеонова Дюлгерова

