# EXHIBIT 2-3

# EXHIBIT B

| СПОРАЗУМЕНИЕ ЗА ПОКУПКО-ПРОДАЖБА НА ИПОТЕЧНИ ВЗЕМАНИЯ | MORTGAGE RECEIVABLES SALE AND PURCHASE AGREEMENT |
|---|---|
| Днес, 04.06.2010 г., в гр. София, Република България, | This Mortgage Receivables Sale and Purchase Agreement ("the Agreement") is made on this Fourth, June, 2010 in Sofia, Republic of Bulgaria, by and between: |
| Между: | |
| ПИБ – „Първа инвестиционна банка" АД, вписана в търговския регистър при Агенция по вписванията с ЕИК 831094393, със седалище и адрес на управление град София, бул. „Драган Цанков" № 37, представлявана от изпълнителните директори Матьо Матеев и Евгени Луканов | First Investment Bank AD, ("FIB" or "the Bank") duly recorded in the Commercial Register kept at the Registry Agency under EIK (Universal Company Code): 831094393, with principal place of business at Sofia, 37 Dragan Tzankov Boulevard, represented by the Executive Directors Matthew Mateev and Evgeni Lukanov, |
| ЕЛЛ - Еър Лоджистикс Лимитед Инк., дружество, учредено съгласно законите на щата Тексас, САЩ, със седалище на: 459 Чипъндейл драйв, Рокуол, Тексас 75032 САЩ, представлявано от Филип Робърт Харис, гражданин на САЩ, роден на 28.01.1943 г., с паспорт № 217696365 издаден от Министерство на вътрешните работи на САЩ на дата 27.12.2006 г. и | ALL - Ayr Logistics Limited Inc., a Corporation organized under the laws of Texas, USA with seat and principal place of business at 459 Chippendale Drive Rockwall, Texas 75032 USA - Texas, USA, represented by Philip Robert Harris, a US citizen, born on 28th January 1943, holder of Passport No.217696365, issued by the US Department of State on December 27, 2006 and |
| ЕПД – „Еър Пропърти Девелопмънт" АД, вписано в търговския регистър при Агенцията по вписванията с ЕИК 200958720, със седалище и адрес на управление град Варна, район Приморски, ж.к. Приморски парк, комплекс Хоризонт № 3, ет. 2, представлявано от изпълнителния директор Филип Робърт Харис, представляван от пълномощника си Захари Желязков Томов, ЕГН 6804120540, от град Варна, бул. "Сливница" № 70, ет. 2, ап. 4, български гражданин, притежаващ л.к. № 111413277, издадена от МВР-Варна на 28.11.2001 г, съгласно пълномощно с нотариална заверка на нотариус от щат | APD - Ayr Property Development AD - duly recorded in the Commercial Register kept at the Registry Agency under EIK: 200958720, with seat and registered office address at Varna, Primorski Regions, Horizont Complex No.3, floor 2, represented by its Executive Director, Philip R. Harris, represented by his proxy Zahari Zhelyazkov Tomov, EGN: 6804120540 from Varna, with address at 70 Slivnitsa Boulevard, floor 2, apt. 4, a Bulgarian citizen, holder of ID Card No. 111413277, issued by the Varna Department of the Bulgarian Ministry of Interior on 28th November 2001, pursuant to Power of Attorney notarized by Gregory Humphries, Notary Public, State of Texas |

*[signatures]*

| Bulgarian | English |
|---|---|
| Тексас Грегъри Хъмфрис и апостил № N-747881 от 20.05.2010 г. | and apostilled under Certificate No N-747881 of May 20, 2010. |

Които страни, като съобразиха, че:

a/ ЕПД е собственик на недвижим имот, наричан по-долу за краткост „инвестиционен терен" за изграждане и развитие на инвестиционния проект на ЕЛЛ с наименование "Силвър Бийч", който имот е подробно описан в акт за собственост: Нотариален акт за покупко-продажба на недвижим имот вх. рег. № 4180/10.12.2009 г. акт № 13, т. XIII, дело № 1878/2009, имотни партиди № 9696, 9665, 9654, представляващ:

- Имот с кадастрален № 02508.88.735 (две хиляди петстотин и осем точка осемдесет и осем точка седемстотин тридесет и пет) с площ от 229, 999 (двеста двадесет и девет декара и деветстотин деветдесет и девет квадратни метра) декара по документ за собственост, а по кадастрална карта, изменена със Заповед КД-14-08-727/24.07.2008г. на Началника на СГКК-Добрич с площ от 212,239 /двеста и дванадесет дка и двеста тридесет и девет кв.м./ декара, находящ се в гр. Балчик, Община Балчик, Област Добрич, местност „Сребрист бряг", трайно предназначение- залесена горска територия, при съседи имоти кад. №№ 373, 734, 162;

- Имот с кадастрален № 02508.88.736 (две хиляди петстотин и осем точка осемдесет и осем точка седемстотин тридесет и шест) с площ от 240, 006 (двеста и четиридесет декара и шест квадратни метра) декара, по документ за собственост, а по кадастрална карта, изменена със Заповед КД-14-08-727/ 24.07.2008г. на Началника на СГКК-Добрич с площ от

RECITALS:

a) APD is owner of a real estate hereinafter referred to as "investment land" where ALL will implement its construction and development project under the name of "Silver Beach"; such property is described in detail in a deed of title – a notary deed of sale and purchase of a real estate duly recorded under No. 4180/10.12.2009, deed No.13, volume XIII, case No.1878/2009, property batches with Nos.9696, 9665, 9654, respectively, which land is of details as shown below:

- A land property of cadastre No.02508.88.735 (two thousand five hundred and eight point eighty-eight point seven hundred thirty-five) with area of 229.999 decars (two hundred twenty-nine decars and nine hundred ninety-nine square meters) as per document showing ownership, while in the cadastre map as amended with order No. КД-14-08-Б-897/17.05.2007 of the head of Geodesy Cartography and Cadaster Office ("SGKK") in Dobrich such property's area is 212.239 decars (two hundred and twelve decars and two hundred and thirty-nine square meters), located in the town of Balchik, Municipality of Balchik, district Dobrich, the Srebristia Braig (Silver Beach area) with a permanent afforested forest area designation, neighboring to properties with cadastre numbers as follows: 373, 734, 162, respectively;

- A land property of cadastre number:02508.88.736 (two thousand five hundred and eight point eighty-eight point seven hundred thirty-six) with area of 240.006 decars (two hundred and forty decars and six square meters), as per document showing ownership, while in the cadastre map as amended with order No. КД-14-08-727/24.07.2008 of the Head of Geodesy Cartography and Cadastre Office



| | |
|---|---|
| 251,424 /двеста петдесет и един дка и четиристотин двадесет и четири кв.м. / декара, находящ се в гр. Балчик, Община Балчик, Област Добрич, местност „Сребрист бряг", трайно предназначение- залесена горска територия, при съседи имоти кад. №№ 343, 313, 386, 737, 629; 162 и | ("SGKK") in Dobrich such property's area is 251.424 (two hundred fifty-one decars and four hundred twenty-four square meters) located in the town of Balchik, Municipality of Balchik, district Dobrich, the Srebristia Braig (Silver Beach area) with a permanent afforested forest area designation, neighboring to properties with cadastre numbers as follows: 343, 313, 386, 737, 629; 162, respectively, and |
| - Имот с кадастрален № 02508.88.734 (две хиляди петстотин и осем точка осемдесет и осем точка седемстотин тридесет и четири) с площ от 578, 716 (петстотин седемдесет и осем декара и седемстотин и шестнадесет квадратни метра) декара по документ за собственост, а по кадастрална карта, изменена със Заповед КД-14-08-727/ 24.07.2008г. на Началника на СГКК-Добрич с площ от 579,063 /петстотин седемдесет и девет дка и шестдесет и три кв.м. / декара, находящ се в гр. Балчик, Община Балчик, Област Добрич, местност „Сребрист бряг", трайно предназначение – залесена горска територия при съседи имоти кад. №№ 02508. 88. 373, 02508. 88. 162, 02508.88. 735, 02508. 88. 780. | - A land property of cadastre number 02508.88.734 (two thousand five hundred and eight point eighty-eight point seven hundred thirty-four) with area of 578.716 decars (five hundred seventy-eight decars and seven hundred and sixteen square meters) as per document showing ownership, while in the cadastre map as amended with order No.КД-14-08-727/24.07.2008 Head of Geodesy Cartography and Cadastre Office ("SGKK") in Dobrich such property's area is 579.063 (five hundred seventy-nine decars and sixty-three square meters), located in the town of Balchik, Municipality of Balchik, district Dobrich, the Srebristia Braig (Silver Beach area) with a permanent afforested forest area designation, neighboring to properties with cadastre numbers as follows: 02508.88. 373, 02508.88. 162, 02508.88. 735 and 02508.88.780, respectively; |
| б/ ПИБ е ипотекарен кредитор спрямо собствения на ЕПД инвестиционен терен, съгласно договори за учредяване на ипотека: | b) FIB is the lender of funds for the investment land owned by APD under the mortgage contracts shown below: |
| - Нотариален акт за учредяване на договорна ипотека № 5, том I, вх.рег. № 247 от 19.02.2010г., по описа на Служба по вписванията гр.Балчик за обезпечаване срочното погасяване на вземанията на банката от "Асет мениджмънт" ЕАД, ЕИК 103921587 по Договор за банков кредит № 014LD-L-000006/29.12.2009, върху имоти ПИ № 02508.88.734 ; ПИ № 02508.88.736; | - a notary deed for establishing of a contractual mortgage under No.5, volume I, ref.No.247 dated 19the February 2009 in the list kept at the Registry Office in the town of Balchik where such contractual mortgage shall secure the collection of the Bank's receivables within a fixed time from Asset Management EAD, EIK (universal company code) 103921587 under a Bank Loan Agreement No.014LD-L-000006/29.12.2009; such contractual |

| | |
|---|---|
| - Нотариален акт № 56, том VIII, вх.рег. № 3670 от 03.10.2008 г., дело № 2138/08 г. по описа на Служба по вписванията гр.Балчик, за обезпечаване вземанията на банката от "Порт инвестмънт девелопмънт-България 2" ЕАД, ЕИК 148117384 по Договор за банков кредит № 014LD-L-000002 от 02.10.2008 г. в размер на 1 000 000 /един милион/ евро върху имот ПИ № 02508.88.736; | mortgage is established over land properties with Nos. 02508.88.734 and 02508.88.736, respectively;<br><br>- a notary deed No.56, volume VIII, ref. No. 3670 dated 3rd October 2008, case No.2138/08 in the list kept at of Registry Office in the town of Balchik where such contractual mortgage shall secure the collection of the Bank's receivables from Port Investment Development – Bulgaria 2 EAD with EIK: 148117384 under a Bank Loan Agreement No.014LD-L-000002 dated 2nd October 2008 in the amount of EUR 1,000,000 (one million Euros) over land property with No.02508.88.736; |
| - Нотариален акт № 40, том I, рег. № 1226 от 31.03.2009 г., дело № 366/09 г по описа на Служба по вписванията гр.Балчик, за обезпечаване вземанията на банката от "Порт инвестмънт девелопмънт-България 2" ЕАД, ЕИК 148117384 по Договор за банков кредит № 014LD-L-000002 от 02.10.2008 г., чийто размер е увеличен от 1 000 000 /един милион/ евро на 2 500 000 /два милиона и петстотин хиляди/ евро с анекс №1 от 31.03.2009 г. върху следния имот: ПИ № 02508.88.736 | - a notary deed No.40, volume I, ref. No.1226 dated 31st March 2009, case No. 366/09 in the list kept at the Registry Office in the town of Balchik for securing the collection of the Bank's receivables from Port Investment Development – Bulgaria 2 EAD with EIK:148117384 under a Bank Loan Agreement No.014LD-L-000002 dated 2nd October 2008, where the amount of the above has been increased from EUR 1,000,000 (one million Euros) to EUR 2,500,000 (two million and five hundred thousand euros) by virtue of Annex No.1 of 31st March 2009 and the land property concerned is of No.02508.88.736 |
| - Нотариален акт № 152, том II, вх.рег. № 4949 от 23.11.2007 г., дело № 3070/07 г., за обезпечаване вземанията на банката от „Порт инвестмънт девелопмънт-България 2" ЕАД по Договор за банков кредит № 39КР-АА-2510 от 22.11.2007 г. в размер на 30 000 000 /тридесет милиона/ евро върху следните недвижими имоти: ПИ № 02508.88.734, ПИ № 02508.88.735 и ПИ № 02508.88.736. | - A notary deed No. 152, volume II, ref. No. № 4949 dated 23rd November 2007, case № 3070/07, for securing the Bank's receivables from Port Investment Development Bulgaria 2 EAD under a Bank Loan Agreement No.39КР-АА-2510 dated 22nd November 2007 in the amount of EUR 30,000,000 (three million Euros) for the land properties with Nos. 02508.88.734, 02508.88.735 and 02508.88.736, respectively; |
| - Нотариален акт № 177, том I, рег. № 2451 от 27.06.2008 г., дело № 1340/08 г., за обезпечаване вземанията на банката от „Порт инвестмънт девелопмънт-България 2" ЕАД по | - A notary deed No. 177, volume I, ref.No.2451 dated 27th June 2008, case No.1340/08, executed for securing the Bank's receivables from Port Investment |

| | |
|---|---|
| Договор за банков кредит № 39КР-АА-2510 от 22.11.2007 г. и анекс №1 от 26.06.2008 г. в размер на 30 000 000 /тридесет милиона/ евро върху следните недвижими имоти: ПИ № 02508.88.734, ПИ № 02508.88.736 и ПИ № 02508.88.735. | Development Bulgaria 2 EAD under a Bank Loan Agreement 39KP-AA-2510 dated 22nd November 2007 and Annex No.1 dated 26th June 2008 in the amount of EUR 30,000,000 (thirty million Euros) for the land properties of nos.02508.88.734, 02508.88.736 and 02508.88.735, respectively; |
| - Нотариален акт № 55, том II, рег. № 3668 от 03.10.2008 г., дело № 2136/08 г., за обезпечаване вземанията на банката от „Порт инвестмънт девелопмънт-България 2" ЕАД по Договор за банков кредит № 39КР-АА-2510 от 22.11.2007 г., анекс №1 от 26.06.2008 г. и анекс №2 от 30.09.2008 г. върху следните недвижими имоти: ПИ № 02508.88.734, ПИ № 02508.88.736 и ПИ № 02508.88.735 | - A notary deed No. 55, volume II, ref. No.3668 dated 3rd October 2008, case No.2136/08, for securing the Bank's receivables from Port Investment Development Bulgaria 2 EAD under a Bank Loan Agreement No.39KP-AA-2510 dated 22nd November 2007, Annex No.1 dated 26th June 2008 and Annex No.2 dated 30th September 2008 for the land properties with nos.02508.88.734, 02508.88.736 and 02508.88.735, respectively; |
| - Нотариален акт № 41, том I, рег. № 1227 от 01.04.2009 г., дело № 367/09 г., за обезпечаване вземанията на банката от Порт инвестмънт девелопмънт-България 2" ЕАД по Договора за кредит, анекс №1 от 26.06.2008 г., анекс №2 от 30.09.2008 г. и анекс №3 от 31.03.2009 г. върху следните недвижими имоти: | - A notary deed No. 41, volume I, ref. № 1227 dated 1st April 2009, case No.367/09, for securing Bank's receivables from Port Investment Development Bulgaria 2 EAD under the above Bank Loan Agreement, Annex No.1 dated 26th June 2008, Annex No. 2 dated 30th September 2008 and Annex No. 3 dated 31st March 2009 for the land properties mentioned above; |
| в / Със свое писмо от 05.01.2010 г. за ангажимент ЕЛЛ е гарантирал пред ПИБ да плати пълния размер на ипотечните задължения с цел придобиване правата на кредитор по подробно описаните по – горе вземания, обезпечени с вписаните върху инвестиционния терен ипотечни актове собственост от ЕПД; | c) In a Letter of Commitment of 5th January 2010 ALL has given a guarantee to FIB that ALL shall pay in full all mortgage debts for the purpose of acquiring Lender's rights of the receivables detailed above that have been secured by the mortgages as duly recorded over the investment land owned by APD; |
| се подписа настоящото споразумение за следното: | The Parties have agreed as follows: |
| 1. 1. ЕЛЛ и ПИБ, при условията на солидарност от една страна и ПИБ, от друга страна, се договарят в случай, че ЕЛЛ плати по сметка на ПИБ IBAN 27FINV915010EUR43521 сумата от 31,297,827 евро (тридесет и един милиона двеста деветдесет и седем | 1. ALL and APD jointly, of the first part, and FIB, of the second part, hereby agree that providing that ALL credits the bank account of FIB IBAN 27FINV915010EUR43521 with the amount of EUR 31,297,827 (thirty one |

*[signature]* Philip R Harris

*[initials]*

| | |
|---|---|
| хиляди осемстотин двадесет и седем евро) в срок до 07.07.2010 г., представляваща пълния размер на вземанията на банката, в това число главници, лихви, разноски и комисиони по следните договори за кредит: по договор за кредит № 014LD-L-000006/29.12.2009 г. с кредитополучател "Асет мениджмънт" ЕАД, ЕИК 103921587, по договор за кредит № 014LD-L-000002 от 02.10.2008 г. с кредитополучател "Порт инвестмънт девелопмънт-България 2" ЕАД, ЕИК 148117384, по договор за кредит № 39КР-АА-2510 от 22.11.2007 г. с кредитополучател "Порт инвестмънт девелопмънт-България 2" ЕАД, ЕИК 148117384, които средства служат целево за погасяване на тези задължения към ПИБ, ПИБ се задължава, след получаването на това плащане, да прехвърли на ЕЛЛ правата си по подробно описаните по- горе вземания, ведно с правата си по ипотечните актове, индивидуализирани в т. б) по-горе. | million two hundred ninety seven thousand eight hundred twenty seven euro) by 07th July 2010, where such amount constitutes the entire amount of the receivables of the Bank including principal amounts, interest accrued, costs and fees as incurred under Loan Agreement No.014LD-L-000006/29.12.2009 where the Borrower is Asset Management EAD, EIK: 103921587, under Loan Agreement No.014LD-L-000002 dated October 2nd 2008 where the Borrower is Port Investment Development Bulgaria 2 EAD with EIK:148117384 and those under Loan Agreement No.39KP-AA-2510 dated November 22nd 2007 where the Borrower is Port Investment Development Bulgaria 2 EAD, with EIK:148117384, which funds shall be used especially for payment of the above liabilities to FIB, then FIB shall, upon receipt of such payment, assign to ALL their rights of the receivables as described in detail above along with their rights over the mortgage deeds as identified in section B) of the preamble hereinabove. |
| 2. Разходите, таксите и разноски в това число и такси по нотариални заверки и вписвания по прехвърлянето на вземанията, ведно с правата по ипотечните актове са за сметка на ЕЛЛ. | 2. All costs, fees and expenses, including all and any notarization fees, receivables transfer recording fees and the rights over the mortgage deeds shall be borne by ALL. |
| 3. Страните приемат и се съгласяват, че вътрешните отношения между ЕПД и ЕЛЛ са непротивопоставими на правата и законните интереси на ПИБ, и никоя от страните ЕПД и ЕЛЛ не могат да предявяват оспорвания или възражения спрямо ПИБ, основаващи се тези техни вътрешни отношения. | 3. The parties hereto agree and accept that all internal relationship between ALL and APD shall not contradict, affect, nor be in conflict whatsoever with the lawful rights and interests of FIB and none of APD or ALL shall be able to oppose, challenge or assert contentions against FIB where such contentions are relying on the internal relationship between APD and ALL. |
| 4. Страните се договарят при изпълнение на договореното в чл. 1, прехвърлянето на вземанията по кредитите и учредените по тях ипотеки да се извърши в срок до 20.07.2010 г. | 4. The parties agree that providing that the parties perform as set forth in Section 1 above the transfer of such loan receivables and related mortgages must be made no later than 20th July 2010. |
| 5. Страните се договарят, че с | 5. The parties further agree that |

*[signatures]*

<div style="display: flex;">

<div>
изпълнението на договореността по чл.I, предоставените от акционерите на ЕПД писма за ангажимент от дата 05.01.2010 г. да бъдат предадени на Еър Лоджистикс Лимитед Инк. и Ол Сийз България ЕООД /Варна, България/ в оригинал и свободни от всякакви ангажименти.

    Настоящото споразумение се подписа в три еднообразни екземпляра на български и английски, по един за всяка от страните.

    При несъответствие в превода приоритет има текстът на български език.

За ПИБ:

За ЕПД:

За ЕЛЛ:
</div>

<div>
upon proper performance under Section 1 above all originals of the letters of commitment of 5th January 2010 as produced by APD's shareholders shall be delivered back to Ayr Logistics Limited Inc and All Seas Bulgaria EOOD, Varna, Bulgaria, and shall not have any further commitment.

    This Agreement was drawn and executed in three identical counterparts both in English and Bulgarian and each of the parties hereto shall be entitled to one.

    In case of discrepancies originating from the translation, the Bulgarian text takes priority.

For FIB:

For APD:

For ALL:
</div>

</div>

State of Texas, USA
County of Rockwall

Before me on this day personally appeared Philip R. Harris, known to me to be the person whose name is subscribed to the foregoing instruction and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 4th day of June, 2010

Notary Public, State of Texas

SARA DEANNE FEAZELL
Notary Public
State of Texas
My Comm. Exp. 07-09-2013

1