# EXHIBIT 2-4

# EXHIBIT C

To:   ASET MANAGEMENT EAD

29 December 2009

Re:   *PAYMENT ORDER*

Dear Mr. Hubenov,

This is to remind you that under Coal Delivery Contract No.ASETBLUFIN/01-BG dated 22nd December 2009 executed by and between your company and ours you have undertaken to make at least 50% advance payment in the amount of EUR 4,000,000 no later than 31st December 2009.

Please make all arrangements necessary to cause payment of the amount of EUR 4,000,000.00, which you must have paid by December 31st 2009. OR make the entire advance payment due in the amount of EUR 8,000,000.00 by remitting any such amounts to the bank account detailed below:

FIRST INVESTMENT BANK PLC
VARNA, BULGARIA
BIC CODE: FINVBGSF
IBAN: BG 89 FINV 91501000135357
BENEFICIARY: PORT INVESTMENT DEVELOPMENT BULGARIA 2 EAD

We have executed a loan agreement with PORT INVESTMENT DEVELOPMENT BULGARIA 2 EAD and we hereby give you instructions to directly remit the above amount payable by you to the above ban account.

Such bank transfer shall be acknowledged as an adnavce payment of the amount you must have paid by 31st December 2009 in accordance with Contract No.ASETBLUFIN/01-BG dated 22nd December 2009 as executed between out two companies.

Edmond Mugliette
For BLUE FINANCE LTD