# EXHIBIT 2-6

# EXHIBIT E

| ПРЕДВАРИТЕЛЕН ДОГОВОР | PRELIMINARY AGREEMENT |
|---|---|

**за продажба на недвижим имот** / **for the sale of real estate**

На **16.07.2007г. в гр. Варна**, Република България, между следните страни:

Today **16th July 2007 in Varna**, Republic of Bulgaria, by and between:

1/

**„ОЛ СИЙЗ ПРОПЪРТИ 2"** ООД, търговско дружество, регистрирано по ф. д. № 5276/ 2006 год. по описа на Варненски окръжен съд, вписано в Регистъра на търговските дружества и техните клонове, воден при същия съд, под № 3, том 672, стр. 10, с ЕИК по Регистър БУЛСТАТ 148073564, със седалище в гр. Варна и адрес на управление Приморски парк, комплекс „хоризонт", пл. 3, ет. 2, представлявано от управителя ДИАНА ГЕОРГИЕВА КОЛЕВА, ЕГН 6712250975, в качеството си на собственик на следните 3 /три/ недвижими имота, находящи се в гр. Балчик, община Балчик, област Добрич, местността „Сребристия бряг", съставляващи по кадастралната карта, одобрена със заповед № 300-5-5/04.02.2004 г. на Изпълнителния директор на АК, изменена със заповед № КД – 14- 08-Б-897/17.05.2007 г. на началника на Службата по кадастъра - гр. Добрич, а именно:

1/

**'ALL SEAS PROPERTY 2'OOD**, a company duly registered under commercial file No. 5276/2006 of the register of the Varna District Court, entered into the Register of the Commercial companies held by the latter under No.3, vol.672, page 10, EIK (Unified Identification Code) according to BULSTAT register 148073564 registered and residing at 2nd Floor- Horizont Building, Sea Garden, 9000 Varna, represented by its Manager Diana Georgieva Koleva, in the capacity of owner of the following 3 /three/ real estates, located in Balchik, Municipality of Balchik, District of Dobrich, "Srebristiya Bryag" area, representing as per cadastral plan, approved by order No.300-5-5/04.02.2004 of the Executive Director of Cadastre Agency and, amended by order No. KD-14-08-B-897/17.05.2007 of the Head of the Cadastre Office - city of Dobrich, namely:

- поземлен имот 02508.88.736 с площ 240 006 /двеста и четиридесет хиляди и шест/ кв. метра при граници по скица № 8419/17.05.2007 г., издадена от Началника на службата по кадастъра – Добрич;
- поземлен имот 02508.88.735 с площ 229 999 /двеста двадесет и девет хиляди деветстотин деветдесет и девет/ кв. метра при граници по скица № 8418/17.05.2007 г., издадена от Началника на службата по кадастъра – Добрич;
- поземлен имот 02508.88.734 с площ 578 716 /петстотин седемдесет и осем хиляди седемстотин и шестнадесет/ кв. метра при граници по скица № 8418/17.05.2007 г., издадена от Началника на службата по кадастъра – Добрич,

- real estate 02508.88.736, total area 240'006 /two hundred forty thousand and six/ square meters, with borders according to layout plan No.8419/17.05.2007, issued by the Head of the Cadastral Office - city of Dobrich;
- real estate 02508.88.735, total area 229'999 /two hundred twenty nine thousand nine hundred ninety nine/square meters, with borders according to layout plan No.8418/17.05.2007, issued by the Head of the Cadastral Office - city of Dobrich;
- real estate 02508.88.734, total area 578'716 /five hundred seventy eight thousand seven hundred and sixteen/ square meters, with borders according to layout plan No.841817.05.2007, issued by the Head of the Cadastral Office - city of Dobrich,

които имоти към настоящия момент са със статут на горски фонд.

representing a part of the Forestry Fund

наричан в договора „Продавач" от една страна

hereinafter referred to as „ Seller" as one Party

и

and

2/

КАРСТЕН МИХАЕЛ БЕРГЕР, гражданин на Кралство Дания, персонален номер 281157-0241, роден на 28.11.1957 година в КОПЕНХАГЕН, Кралство Дания, живущ в гр. Копенхаген, притежаващ паспорт № 102650148 издаден на 23.09.2004г., от Полицейска служба Глоструп, в качеството си на едноличен собственик и управител на „РУДЕРСДАЛ" ЕООД, дружество в процес на регистрация, седалище и адрес на управление: гр. Варна , бул. „Княз Борис I"№ 57,

наричаю в договора **"Купувач"** от друга страна,

се сключи предварителен договор за продажба на следния недвижим имот при следните условия:

### I/ ПРЕДМЕТ НА ДОГОВОРА.

1. Предмет на договора са условията, при които страните се задължават една към друга да сключат окончателен договор за продажбата на следните 3 /три/ недвижими имота, взети заедно като едно цяло, наричани по – нататък в договора общо „терен" или „имот", находящи се в гр. Балчик, община Балчик, област Добрич, местността „Сребристия бряг", съставляващи по кадастралната карта, одобрена със заповед № 300-5-5/04.02.2004 г. на Изпълнителния директор на АК, изменена със заповед № КД – 14- 08-Б-897/17.05.2007 г. на началника на Службата по кадастъра  - гр. Добрич, а именно:
- поземлен имот 02508.88.736 с площ 240'006 /двеста и четиридесет хиляди и шест/ кв. метра при граници по скица № 8419/17.05.2007 г., издадена от Началника на службата по кадастъра – Добрич;
- поземлен имот 02508.88.735 с площ 229'999 /двеста двадесет и девет хиляди деветстотин деветдесет и девет/ кв. метра при граници по скица № 8418/17.05.2007 г., издадена от Началника на службата по кадастъра – Добрич;
- поземлен имот 02508.88.734 с площ 578'716 /петстотин седемдесет и осем хиляди седемстотин и шестнадесет/ кв. метра при граници по скица № 8418/17.05.2007 г., издадена от Началника на службата по кадастъра – Добрич;

2/

**CARSTEN MICHAEL BERGER,** citizen of the Kingdom of Denmark, Personal number 281157-0241, born on 28.11.1957 in Copenhagen, Kingdom of Denmark, resident of the city of Copenhagen, holder of passport № 102650148 issued on 23.09.2004 by Glostrup Police Department, in his capacity of sole owner and manager of "RUDERSDAL" EOOD – in the process of registration, with seat and address of management: city of Varna, 57 Knyaz Boris I Blvd,

Hereinafter referred to as **"Buyer"** as the other Party,

This preliminary agreement was signed for the sale of real estate under the following conditions:

### I/ SUBJECT MATTER OF THE AGREEMENT

1.The subject matter of the agreement includes the terms under which the Parties undertake to enter into a final agreement for the sale of the following 3 /three/ real estates, considered hereinafter as an inseparable whole, hereinafter referred to as „land" or „property", located in Balchik, Municipality of Balchik, District of Dobrich, "Srebristiya Bryag" area, representing as per cadastral plan, approved by order No.300-5-5/04.02.2004 of the Executive Director of Cadastre Agency and, amended by order No. KD-14-08-B-897/17.05.2007 of the Head of the Cadastre Office - city of Dobrich, namely:

- real estate 02508.88.736, total area 240'006 /two hundred forty thousand and six/ square meters, with borders according to layout plan No.8419/17.05.2007, issued by the Head of the Cadastral Office - city of Dobrich;
- real estate 02508.88.735, total area 229'999 /two hundred twenty nine thousand nine hundred ninety nine/square meters, with borders according to layout plan No.8418/17.05.2007, issued by the Head of the Cadastral Office - city of Dobrich;
- real estate 02508.88.734, total area 578'716 /five hundred seventy eight thousand seven hundred and sixteen/ square meters, with borders according to layout plan No.841817.05.2007, issued by the Head of the Cadastral Office - city of Dobrich,

които имоти към настоящия момент са със статут на горски фонд.

Посочените скици са неразделна част от настоящия договор.

**II/ ЦЕНА.**

2. Страните се договарят покупко-продажбата на терена да се извърши за цена общо в размер на 37'753'956 /тридесет и седем милиона седемстотин петдесет и три хиляди деветстотин петдесет и шест/ евро, като цената е формирана при съгласие на страните за цена на 1 /един/ кв. метър от всеки от трите имота 36 /тридесет и шест/ евро, дължима както следва:

а/ към момента на прехвърляне на собствеността с договор в нотариална форма – част в размер на 20'974'420 /двадесет милиона деветстотин седемдесет и четири хиляди четиристотин и двадесет/ евро;

б/ останалата част от цената в размер на 16'769'536 /шестнадесет милиона седемстотин шестдесет и девет хиляди петстотин тридесет и шест/ евро при изпълнение на **същественото условие** по следващия раздел III, съответно на задълженията на продавача, следващи по време прехвърлянето на собствеността, като за обезпечение на тази част от вземането по цената Продавачът ще впише законна ипотека.

2.1.Разноските по сключване на окончателния договор /местен данък, нотариален хонорар и такси за вписването/ ще се поемат от двете страни по равно.

**III. СЪЩЕСТВЕНО УСЛОВИЕ ЗА ПРИДОБИВАНЕ НА СОБСТВЕНОСТТА И ФОРМИРАНЕТО НА ПРОДАЖНАТА ЦЕНА. СЪДЪРЖАНИЕ В НОТАРИАЛНА ФОРМА. ПОСЛЕДИЦИ НА НЕСБЪДВАНЕ НА СЪЩЕСТВЕНОТО УСЛОВИЕ И ЗАДЪЛЖЕНИЯ НА СТРАНИТЕ ВЪВ ВРЪЗКА С ТОВА ЗА СКЛЮЧВАНЕ НА ДОГОВОР, ПО СИЛАТА НА КОЙТО СОБСТВЕНОСТТА ВЪРХУ ТЕРЕНА ДА БЪДЕ ПРИДОБИТА ОТНОВО ОТ ПРОДАВАЧА СРЕЩУ ОПРЕДЕЛЕНА ПОКУПНА ЦЕНА.**

3. Съществено условие, формиращо съгласието на купувача за покупката на имота и,

representing a part of a State Forestry Fund.

Above listed layout plans are integral parts of the present agreement.

**II/ PRICE**

2. The Parties agree that the sale and purchase transaction of the land shall be done for the total price of € 37'753'956 /thirty seven million seven hundred fifty three thousand nine hundred fifty six Euros/, as the price is formed by mutual agreement between the parties to price of € 36 /thirty six Euros/ per square meter of each of the three real estates, due as follows:

a/ upon the transfer of the ownership with a notarized contract – a partial amount of €20'974'420 /twenty million nine hundred seventy four thousand four hundred twenty Euros/;

b/ the rest of the price amounting to €16'769'536 /sixteen million seven hundred sixty nine thousand five hundred thirty six Euros/ upon execution of a **Material condition** under the next section III, respectively the obligations of the Seller in the period of transfer of the ownership, whereas the Seller shall register a valid mortgage as a security of this part of the amount due.

2.1. The expenses concerning the signing of the Final Agreement /local tax, notary fee and all other charges regarding the registration of the Final Agreement into the Docket Book/ shall be divided equally and covered by both parties.

**III. MATERIAL CONDITION FOR ACQUIRING THE OWNERSHIP OF THE REAL ESTATE AND SELL PRICE FORMATION. CONTENT OF THE NOTARIZED CONTRACT. CONSEQUENCES FROM NO FULFILLMENT OF A MATERIAL CONDITION AND OBLIGATIONS IN RELATION WITH THE SIGNING OF A CONTRACT BY VIRTUE OF WHICH THE OWNERSHIP OVER THE LAND SHALL BE RE-ACQUIRED BY THE SELLER AGAINST A SPECIFIED PURCHASE PRICE.**

3. A material condition forming the Buyer's consent for the purchase of the property and

съответно, за договорения размер на покупната цена, е осъществяване след прехвърляне на собствеността от продавача на купувача с договора в нотариална форма по чл. 1 на декларираната от продавача принципна възможност за бъдеща промяна до 31.12.2007 г. изцяло за сметка и с усилията и съдействието на продавача на статута на имота от имот, причислен към горския фонд в урегулиран имот – урбанизирана територия за жилищно застрояване с възможно застрояване при минимален КИНТ 0.6.

4.Ненастъпването на промяната на статута на имота в смисъла и срока по предходната точка, страните определят като прекратително условие на договора **в интерес на купувача, с настъпването на което и доколкото купувачът се е позовал на това,** страните се задължават да сключат договор, по силата на който купувачът да продаде на продавача по настоящия договор собствеността върху терена срещу цена, **равняваща се на получената от последния по чл. 2, б. „а" сума в размер на** 20'974'420 /двадесет милиона деветстотин седемдесет и четири хиляди четиристотин и двадесет/ евро, увеличена с всички направени от Купувача разходи във връзка с придобиване на терена и ведно с лихвите върху така увеличената сума за периода от плащането по този договор до датата на придобиване на имота в размер на тримесечния евро либор, увеличен с два пункта, като разходите за това прехвърляне на собствеността са за сметка на продавача. В случай на непозоваване от купувача на прекратителното условие се приема, че е налице хипотеза на упражнена опция на право за запазване на собствеността и отношенията се уреждат в съответствие с правилата, договорени по-долу относно тази опция .

4.1. С оглед на договореното в предходните разпоредби страните се задължават окончателният договор в нотариална форма да бъде сключен със следното съдържание по този и следващите членове:

а/ Страните се договарят покупко-продажбата на терена да се извърши при цена от 36 /тридесет и шест/ евро за квадратен метър от всеки имот или общо в размер на 37'753'956 /тридесет и седем милиона седемстотин петдесет и три хиляди деветстотин петдесет и шест/ евро, като част в размер на 20'974'420 /двадесет милиона деветстотин седемдесет и четири

respectively — the agreed amount of the purchase price is the realization upon a transfer of ownership from the Seller to the Buyer with a notarized contract under Art.1 of the declared by the Seller general possibility for a future change not later than 31.12.2007 fully at the expenses of and with the efforts and cooperation of the Seller of the status of the property from a property part of the forestry fund into a regulated real estate – urban territory for housing construction with a possible construction at KINT /Development Intensity Coefficient/ of 0.6 at the least.

4. The nonoccurrence of the change in the status of the property in the sense and within the time limit under the previous article, the Parties define as a Condition for termination of the agreement **to the benefit of the Buyer, upon whose accurance and to the extend the latter has referred to it** the Parties undertake to sign an agreement, by virtue of which the Buyer shall sell to the Seller under the current agreement the ownership over the land for a price **equal to the received by the latter under the current agreement, Art.2, b. "a"** €20'974'420 /twenty million nine hundred seventy four thousand four hundred twenty Euros/ increased with all expenses incurred by the Buyer in the process of acquisition of the land and, so increased, together with the interest for the period beginning with the payment under the current agreement and ending with the acquisition of the land at interest rate equal to the three-month Euro Libor increased with 2 /two/ points, whereas the expenses for the transfer of the ownership are on behalf of the Seller. If the Buyer does not refer to the **condition for termination** it is assumed that there is a present assumption of an exercised option of the right to retain the ownership and the relations shall be regulated by the rules agreed for this option hereinafter.

4.1. In compliance with the provisions of the foregoing articles the Parties undertake to sign the Final Agreement certified by a notary public, with the following content of the following articles:

а/ The Parties agree that the sale and purchase of the land shall be done at the price of €36 /thirty six Euros/ per square meter of each real estate in the total amount of €37'753'956 /thirty seven million seven hundred fifty three thousand nine hundred fifty six Euros/, as a portion in the amount of €20'974'420 /twenty million nine hundred seventy four thousand four hundred twenty

хиляди четиристотин и двадесет/ евро купувачът заплаща при подписване и вписване на окончателния договор за покупко-продажба в книгите за вписванията съгласно с договорения в **раздел V, т. 9.3.** механизъм, а остатъкът от цената до размера на общата цена в размер на 16 769 536 /шестнадесет милиона седемстотин шестдесет и девет хиляди петстотин тридесет и шест/ купувачът поема задължение да заплати в срок от десет работни дни, считано от датата, на която продавачът е предоставил на купувача издадена заповед на Министъра на земеделието и горите или друг компетентен в бъдеще адм. орган за изключването на терена от горския фонд и смяна на предназначението му в урбанизирана територия за жилищно застрояване с указан размер на таксата, дължима към държавата за изключването от горски фонд, ако такава купувачът е длъжен да заплати. Заповедта следва да е постановена при наличен одобрен и влязъл в сила ПУП - ПРЗ за терена с КИНТ най – малко 0.6.

6/ Дължимите такси и каквито и да било други разходи във връзка с изготвянето и одобряването на ПУП - ПРЗ за терена, както и за смяна на предназначението му от горски фонд в урбанизирана територия – УПИ за жилищно застрояване, вкл. и таксата за изключване на имота от горския фонд, които биха били дължими от купувача в качеството му на собственик на терена, са за сметка на продавача, който ще поеме задължение към купувача да ги заплати от името на собственика. В случай, че таксата за изключване на терена от горския фонд се дължи от купувача като собственик на имота по силата на адм. акт за изключването на терена от горския фонд или по силата на закона при изключването на имота от горския фонд в бъдеще, то купувачът има право да я заплати директно на държавата, като прихване задължението си за заплащане на остатъка от покупната цена срещу насрещното задължение на продавача да поеме за своя сметка заплащането на тази такса до размера на реално платената на държавата такса за изключване. Остатъкът от покупната цена след прихващането се заплаща в договорения размер.

**4.2.** В случай, че в договорения по чл. 3 срок не бъде осъществена промяната на статута в смисъла по същия член, страните се договарят едновременно със сключването на ескроу споразумението по този договор да възлагат на ескроу агентите, ведно със съответните пълномощия, мандат, по силата на който,

Euros/ of the total amount the Buyer shall pay upon the signing of the Final Agreement for sale and purchase and its registration into the Docket Book according to the provisions of **Section V, art.9.3** and the remaining part up to the total price in the amount of €16'769'536 /sixteen million seven hundred sixty nine thousand five hundred thirty six Euros/ the Buyer undertakes to pay within 10 /ten/ working days from the date at which the order of the Minister of the Agriculture and Forestry or another competitive administrative body has been issued to the effect of its exclusion from the Forestry Fund and the change of its purpose to that of urban territory of housing construction with a set amount of the fee, due to the State for the exclusion from the Forestry Fund if it is the duty of the Buyer to pay one. The order should be enacted upon the presence of an approved and effective Detailed Structural Plan (DSP) – Regulation and Development Plan (RDP) for the land, KINT (Development Intensity Coefficient) of at least 0.6.

b/ The fees due and any other expenses related to the elaboration and approval of the DSP-RDP for the land, as well as expenses related to the change of its purpose from forestry fund to urban territory - Land plot in regulation for housing building, including the fee for exclusion of the land from the forestry fund, which would be due by the Buyer in his capacity of owner of the land, are at the expense of the Seller who shall assume the obligation to the Buyer to pay the expenses on behalf of the owner. In case that the exclusion fee is due by the Buyer as an owner of the land by virtue of an administrative act for the exclusion of the land from the forestry fund or by virtue of the law at the exclusion of the land from the forestry fund in the future, then the Buyer has the right to pay the fee directly to the State in deducting his obligation to pay the rest of the purchase price against the counter obligation of the Seller to assume at his own expense the payment of this fee to the amount of the real paid state fee for the exclusion. The rest of the purchase price after the deduction shall be paid in the agreed amount.

**4.2.** In case that within the time limit under Art.3 no change of the status under the said article has been executed, the Parties agree at the time when the escrow arrangement is made under this Agreement to assign to the Escrow Agents, together with the relevant authorizations, a mandate by virtue of which the Escrow Agents shall finalize the sale

ескроу агентите   да извършат в нотариална форма покупко-продажба на терена, по която Купувачът, придобил по окончателния договор имота и действайки вече като продавач, да прехвърли собствеността върху терена, а Продавачът, прехвърлил собствеността върху имота на Купувача и действайки като купувач, да придобие собствеността върху терена, при условия и предпоставки, изброени в следващите букви по този член от договора. Разпоредбата   по   този   член   представлява предварителен   договор,   чието   действие, съответно насрещните задължения на страните за   прехвърляне   на   собствеността   срещу заплащане на покупната цена, е поставено в зависимост   от   сбъдване   на   следните предпоставки и условия :

а/ Предпоставки :

- Теренът в договорените срокове не е установен като урегулиран терен за жилищно застрояване и за същия не е издадена до 31.12.2007 г. заповед за изключването му от горския   фонд,   съответно   за   промяна   на предназначението му, с което е настъпило **прекратителното условие** по чл. 4, уговорено в интерес на купувача, като последният се е позовал на настъпилото прекратително условие;

б/ Условия:

- Продавачът или купувачът, или двамата едновременно, въз основа на осъществяване на предпоставките по б. „а" от този член са заявили писмено искане пред ескроу агентите за упражняване на мандата за покупка на терена и продавачът е превел по ескроу сметката за плащане на Купувача получената от него част от договорената продажна цена в размер на 20'974'420 /двадесет милиона деветстотин седемдесет и четири хиляди четиристотин и двадесет/ евро, увеличена с всички направени от Купувача разходи във връзка с придобиване на терена и ведно с лихвите върху така увеличената сума за периода от плащането по този договор до датата на придобиване на имота в размер на тримесечния евро либор, увеличен с два пункта, както и необходимите суми за разноски по продажбата,   с оглед тази сума да бъде преведена на купувача /продавач по сделката след настъпване на прекратителното условие/ като покупна цена, съответно да бъдат платени и всички разходи по тази покупко-продажба. Падежът за сключване на договора е седем работни дни, считано от датата, на която продавачът по основния и купувач по този

and purchase transaction before a notary public, and the Buyer having acquired the land as described above and acting as a Seller to transfer the ownership of the land, and the Seller, having transferred the ownership of the land to the Buyer and acting as a buyer to acquire the ownership of the land under the conditions and prerequisites, stated in the following items under the current article of the present   Agreement.   The   provisions   herein constitute a Preliminary agreement whose effect, respectively - the counter-obligations of the Parties to transfer the ownership against a payment of the purchase price, shall depend on the occurrence of the prerequisites and conditions below:

a/ Prerequisites :

- Within the agreed terms, the land is not a regulated residential area and until 31.12.2007 an order for its exclusion from the forestry fund and change of its purpose has not been issued, and thus the **termination   condition**   under   Art.   4   has occurred, which is agreed in the interest of the Buyer and the latter has referred to the occurred termination condition;

b/ Conditions:

- On the basis of the regulations of the prerequisites of 6."a" of this article, the Seller or the Buyer, or both simultaneously, have made a written request before the Escrow Agents for exercising the mandate for purchase of the land and the Seller has transferred into the escrow account for payments under the contract to the Buyer the received part of the agreed sell-price amounting to €20'974'420 /twenty million nine hundred seventy four thousand four hundred twenty Euros/, increased with all expenses made by the Buyer in the process of acquisition of the land, together with the interest for the period beginning with the payment under the current agreement and ending with the acquisition of the land, at interest rate equal to the three-month Euro Libor increased with 2 /two/ points, as well as the amounts necessary for the procedure of the sale in order to transfer this sum to the Buyer /Seller in the deal after occurrence of the termination condition/ as a purchase price and cover all the expenses of this sale-purchase transaction. The time limit for the conclusion of the final Agreement is 7 /seven/ working days from the date, on which the Seller under the final Agreement and a Buyer under this preliminary Agreement has been advised of the

6

предварителен договор е уведомен за позоваването на прекратителното условие, съответно са му предоставени документите от значение за изчисление на покупната цена и дължимите такси. В този случай всички разходи по продажбата, както и направените разходи за промяна на статута на терена от горски фонд в урегулиран терен за жилищно застрояване са за сметка на Продавача. Направените разходи, с които следва да се увеличи сумата от 20'974'420 /двадесет милиона деветстотин седемдесет и четири хиляди четиристотин и двадесет/ евро, се доказват със съответните документи, които се предоставят на продавача лично или чрез неговия ескроу агент, ведно с позоваването на прекратителното условие по предходната буква. Информация за размера на лихвата също следва да бъде представена в писмен вид на страната, която следва да заплати покупната цена, ведно с останалите документи от значение за нейното определяне в бъдеще, съгласно с договореното по – горе. В случай, че при желание от страна на купувача за сключване на окончателния договор по тази точка, продавачът по основния и купувач по този договор не е депозирал дължимата цена, предварителният договор може да бъде обявен за окончателен по реда на чл. 19, ал. 3 ЗЗД по иск на купувача по основния и продавач по договора по тази точка с осъдително решение спрямо задължената страна за заплащане на покупната цена, постановено ведно с обявяване на договора за окончателен.

в/ Срок:

- Мандатът се дава и договаря със срок на валидност петнадесет работни дни, считано от датата, на която най-късно е следвало Продавачът да удостовери установяването на терена като урегулиран такъв за жилищно застрояване със сменено предназначение по силата на заповед за изключването му от горския фонд, с изтичането на който срок и при липсата на упражнено право от страна на Продавача по предходната б."б" или при липсата на упражнено право от страна на Купувача чрез писмено искане пред ескроу агентите за упражняване на мандата за продажба на терена, мандатът се прекратява по право. В тези случаи се прилагат и правилата, договорени в следващата разпоредба за "правото на опция за запазване на собствеността".

4.3. Страните договорят в полза на Купувача правото на първа и единствена опция

referring to the termination condition and has been provided with the documents significant of the calculation of the purchase-price and due charges respectively. In this case all costs in the sale, and the expenses made in the procedure of the change of status from forestry fund to housing development land in regulation shall remain at the expense of the Seller. The expenses made, increasing the amount of €20'974'420 /twenty million nine hundred seventy four thousand four hundred twenty Euros/, shall be proven by the respective documents to be presented to the Seller himself or though Seller's escrow agent, together with the referring to the termination condition according to the previous item of the current article. The information about the total amount of the interest must be presented in writing to the party obliged to pay the purchase-price, together with the rest of the documents significant of a future calculation of the latter in accordance with agreed hereinabove.

In case the Buyer is willing to conclude the final Agreement under this item by the Seller under the final agreement and a Buyer under the present agreement has not deposited the due price, the preliminary agreement can be proclaimed final according to provisions of Art.19, item 3 of the Obligations and Contracts Act (OCA) according to the claim of the Buyer under the main agreement and Seller under the present agreement according to the current item by a condemnable decision towards the obliged party to pay the purchase-price, announced together with the proclamation of the final agreement.

c/ Time limit:

- The mandate shall be granted and valid for 15 /fifteen/ days from the date on which the Seller would at latest certify that the land is regulated for residential housing with a transformed purpose by virtue of an order for exclusion of the land from the forestry fund. The mandate shall be terminated by right after the expiration of this time limit and in lack of exercised right on behalf of the Seller under the previous p."b" or in case that the Buyer has not exercised his right by written request before the Escrow Agents to exercise the mandate for seiling the land. In these cases the rules under the provision "the right to exercise the option to preserve ownership" shall apply.

4.3. The Parties agree on the favor of the Buyer the right of first and unique option to

да прекрати едностранно мандата, възложен на ескроу агентите по предходната точка и да запази собствеността върху терена въпреки настъпването на на прекратителното условие по чл. 4, означавано за краткост на всякъде по — долу „право на опция за запазване на собствеността", при следните хипотези :

а/ Купувачът е заявил, въпреки обстоятелството, че за терена не е налице постановена заповед за изключването му от горския фонд и поради това същият не е с променен статут като урегулиран такъв за жилищно застрояване в договорения срок — 31.12.2007 г., че желае да запази собствеността и прекратява мандата на ескроу агента за продажба на терена на Продавача, което право се упражнява в срока, договорен за мандата за покупко-продажба по чл. 4.2. „б. „в";

б/Купувачът не е упражнил правото си на опция за запазване на собствеността по б. „а", но и не е заявил в срока на мандата пред ескроу агента искане за упражняване на мандата за продажба на терена на Продавача при условията на чл. 4, нито е заявил желание лично да сключи сделката по чл.4.2., като едновременно с това и Продавачът не е заявил нито лично , нито пред ескроу агента, искане в срока на мандата за покупко-продажба на терена, при което се е стигнало до прекратяване на мандата поради изтичане на неговия срок;

в/Продавачът и единствено той е заявил искане за упражняване на мандата за покупка на терена при условията на чл. 4, но не е превел по ескроу сметката дължимата сума по чл. 4, съответно чл. 4.2. б. „б", като в този случай за продавача остава задължението за заплащане на неустойката по чл.4.4.б.а.“а.а".

г/ В тези случаи Купувачът остава задължен и дължи плащането на остатъка от продажната цена до пълния договорен размер от 36 /тридесет и шест / евро на квадратен метър при съобразяване на разпоредбата на чл.4.1.б.“б" от настоящия договор;

4.4. Отговорност на страните за неизпълнение на задължения за заплащане на цената и Оезпечения.

а/ Отговорност на Продавача :

а.а. Продавачът се задължава да заплати

---

terminate unilaterally the mandate, granted to the Escrow Agents as set forth in the previous article and to preserve the ownership over the land, despite the occurrence of the termination condition under Art.4, hereinafter referred to as "right to exercise the option to preserve ownership" under the following assumptions:

a/ the Buyer has declared, despite the fact that concerning the land there is no issued order for its exclusion from the forestry fund and therefore its status is unchanged into a regulated for residential housing in the agreed time limit - 31.12.2007, that he is willing to preserve the ownership and shall cancel the mandate of the Escrow Agents for selling the land to the Seller, that right is exercised within the time limit agreed for the mandate for sale and purchase under **Art.4.2.b,,c";**

b/ the Buyer has not exercised his right to exercise the option to preserve ownership under b. "a" and during the mandate he has not submitted before the Escrow Agent a request for exercising the mandate for sale of the land of the Seller under the provisions of Art.4, nor has he stated his willingness to conclude the deal under Art.4.2, and in the same time the latter has not requested before the Escrow Agent to purchase the land, and as a result the mandate is terminated because of the expiry of its term;

c) Only the Seller has declared request for exercising a mandate for purchase of the land under the provisions of art.4, but he has not paid the due amount to the escrow account under art.4, respectively Art.4.2b.“b", in this case an obligation of the Seller is to pay a penalty under **Art.4.4.6.a.“a.a".**

d/ In all these cases the Buyer shall be obliged and owe to pay the rest of the selling price up to the full agreed amount of €36 /thirty six Euros/ per square meter according to the provision of **Art.4.1.b.“b"** of the this Agreement ;

4.4. Liability of the parties for failure to fulfill obligations to pay the price and the compensation.

a/ Seller's Liability:

**a.a.** The Seller undertakes to pay

на Купувача неустойка в размер на 10 /десет/ процента от общата покупна цена по чл. 2, ако са налице условията по чл. 4.3., б. „в", както и ако не е внесъл по есркоу сметката цената и другите суми по чл. 4, съответно чл. 4.2., б. „б" при възникнало задължение за това от негова страна съобразно с разпоредбите на чл. 4, съответно чл. 4.2.

а.б. Продавачът за обезпечение на задължението си за заплащане на неустойка по предходната б. "а.а", издава менителница, приета за плащане от ОЛ СИЙЗ БЪЛГАРИЯ ЕООД, за заплащане на договорената по предходната точка неустойка в полза на Купувача, която менителница се предава за съхранение на есроу агентите. За обезпечение на задължението за заплащане на покупната цена по договора

по чл. 4, съответно чл. 4.2., ОЛ СИЙЗ БЪЛГАРИЯ ЕООД подписва с купувача по основание договор договор за поръчителство и се задължава солидарно .

а.в.При евикция на купувача от имота или част от него и в случай, че продавачът е привлечен в процеса като помагач на страната на купувача съгласно с чл. 191, ал. 2 ЗЗД, то продавачът дължи неустойка в размер на 10% /десет процента/ от цялата покупна цена в размер на 37'753'956 /тридесет и седем милиона седемстотин петдесет и три хиляди деветстотин петдесет и шест/ евро, на основание чл. 189, ал. 1, изр. трето ЗЗД във връзка с чл. 92 ЗЗД, като в този случай продавачът може да развали договора изцяло или частично по отношение на частта от имота, от която е съдебно отстранен .

а.г. В горните случаи се прилага чл. 309 ТЗ, като страните предварително заявяват, че размерът на неустойката, договорен по- горе, не е прекомерен.

а.д. Продавачът за обезпечение на задължението си за заплащане на неустойка по предходната б. „а.г", издава менителница, приета за плащане от ОЛ СИЙЗ БЪЛГАРИЯ ЕООД, за заплащане на договорената по предходната точка неустойка в полза на Купувача, която менителница се предава за съхранение на есроу агентите. За обезпечение на задължението за връщане на цялата или част от покупната цена прп разваляне на договора

compensation to the Buyer of 10 % /ten per cent/ of the total purchase price under art.2 in the event that the conditions under Art.4.3.(b) "c" are met, as well as in the event of failure to remit the price and the other amounts specified in Art.4, respectively Art. 4.2 (b) "b" as obliged to do to the escrow account according to the provision of Art.4, respectively Art.4.2.

a.b. The Seller shall issue a bill of exchange as collateral for their liability to pay compensation under the former sub-clause „a.a", which bill of exchange is to be approved for payment by ALL SEAS BULGARIA OOD and will be used to pay the compensation specified in the previous sub-clause in favour of the Buyer, and which will also be placed in escrow  with the Escrow Agents; In order to secure obligation to pay the purchase-price under the agreement, as well as to make the payment of the purchase-price under the agreement under Art.4, respectively Art.4.2, ALL SEAS BULGARIA EOOD shall sign with the Buyer on grounds of a contract, a Contract for Guarantee and shall be obliged on a joint basis accordingly.

a.c. In the event of eviction of the Buyer from the land or a part of the land and in the event when the Seller is involved as a party assisting the Buyer according art.191, par.2 of the Obligations and Contracts Act (OCA), then the Seller shall owe a penalty in the amount of 10% /ten per cent/ of the total purchase-price of €37'753'956 /thirty seven million seven hundred fifty three thousand nine hundred fifty six Euros/ by virtue of art.189, par.1, third sentence of the OCA with regard to art. 92 of the OCA, whereas the Seller has the right to terminate the contract wholly or partially as regards to the part of the land, which he is removed from by virtue of a court decision.

a.d. For the above events the provision of the Article 309 of the Commercial Act shall apply, and the Parties shall declare in advance that the amount of the penalty, above agreed, is reasonable.

a.e. In order to secure the obligation to pay the penalty according to previous item "a.d." the Buyer shall issue a bill of exchange, accepted by ALL SEAS BULGARIA EOOD, to secure the payment of the agreed in the previous item penalty in favor of the Buyer, whereas the bill of exchange shall be given into escrow agents charge. In order to secure the obligation to restore the whole or the paid part of the purchase-price in case of termination of the agreement in full or partially in the event of full

изцяло или частично при цялостна или, съответно частична евикция ОЛ СИЙЗ БЪЛГАРИЯ ЕООД подписва с купувача по основания договор за поръчителство и се задължава солидарно.

### б/ Отговорност на Купувача:

б.а. За обезпечаване на вземането по чл.2 б."б" на Продавача за остатъка от продажната цена до пълния размер, а именно 16'769'536 /шестнадесет милиона седемстотин шестдесет и девет хиляди петстотин тридесет и шест/, Продавачът има право да впише законна ипотека върху терена едновременно със сключване на окончателния договор. Ипотеката за това вземане служи за обезпечаване и в хипотезата на упражнено право на опция за запазване на собствеността, независимо от случая, в който конкретно се осъществява същата;

4.5. Плащането на цената на терена по този договор, в това число и при упражняване на мандата, възложен на ескроу агентите за покупко-продажба на имота по чл. 4.2. във връзка с чл. 4, както и при упражнено право на опция за запазване на собствеността, се извършва по ескроу сметка, открита от двамата ескроу агенти в Инвестбанк АД –Варна, при условията и начина на усвояване, договорени в платежния механизъм на ескроу споразумението.

### IV.ЗАДЪЛЖЕНИЯ НА СТРАНИТЕ, УСЛОВИЯ ЗА ИЗИСКУЕМОСТ, ПОРЕДНОСТ НА ИЗПЪЛНЕНИЕТО НА НАСРЕЩНИТЕ ЗАДЪЛЖЕНИЯ И ДОКАЗВАНЕ.

5. Страните се договарят изпълнението на настоящия договор да се извърши при следните условия :

(а) В срок до шестдесет дни, считано от датата на настоящия договор, Продавачът следва да удостовери по съгласувания тук начин правото си на собственост върху терена, без ограничения и каквито и да са тежести върху последния, като декларира и гарантира, че към момента на подписване на окончателния договор за покупко-продажба в нотариална форма по отношение на терена няма да има: учредени други права на собственост или други права, които могат да

eviction, respectively - partial eviction, ALL SEAS BULGARIA EOOD shall sign with the Buyer on grounds of contract a Contract of Guarantee and shall be liable on joint basis accordingly.

### b/ Buyer's liabilities:

**b.a.** As security for the collectibles under **Art. 2 b."b"** of the Seller for the remainder up to the total amount, which is €16'769'536 /sixteen million seven hundred sixty nine thousand five hundred thirty six Euros/ the Seller shall be entitled to record a legal mortgage upon the Land and enter into an final agreement. The mortgage related to this receivable shall be used as collateral under the assumption of the right to exercise the option to preserve ownership regardless of the specific manifestation of this assumption;

**4.5.** The payment of the Land Price hereunder, inclusive of the exercising the mandate granted to the Escrow Agents for the sale and purchase of the Property under Article 4.2 with regard of art. 4 and the right of option to preserve ownership as exercised shall be made into an escrow payment account open by both Escrow Agents at the First Investment Bank AD, Varna, under the terms and method of use of the funds as set forth in the method of payment clause of the escrow arrangement.

### IV.OBLIGATIONS OF THE PARTIES, CHARGEABILITY OF CONDITIONS, ORDER OF EXECUTION OF THE COUNTER-OBLIGATIONS AND RELEVANT PROOFS.

5. The parties agree to perform this Agreement under the terms as shown below:

(a) Within sixty days starting from the date hereof and by the method prescribed herein the Seller shall produce proofs of their right of ownership on the Land free from any limitations or encumbrances of the latter whatsoever, by making a statement and giving a guarantee that as of the time the entire Sale and Purchase Agreement is signed before a Notary Public the Land is free from: any rights of ownership over it or from any other rights that might hinder the Buyer, any lend-lease agreements entered into

противостоят на Купувача; сключени и непрекратени договори за наем, както и за каквото и да било друго ползване; няма да има никакви вещни тежести, ипотеки, особени залози и други обезпечения, нито някакви вещни, фискални, облигационни, реституционни и други права и претенции на трети лица; по отношение на терена или части от него няма да съществуват вписани искови молби, висящи съдебни и извънсъдебни спорове, изпълнителни, отчуждителни и обезпечителни производства и процедури, по отношение на терена няма да има наложени възбрани или други обезпечителни мерки;

(б) В срок до шестдесет дни, считано от датата на настоящия договор, Продавачът да удостовери по съгласувания тук начин, че теренът не съставлява защитена зона, попадаща в НАТУРА 2000 съгласно с приетия с Решение № 122 на Министерски съвет обнародвано в държавен вестник брой 21 от дата 09.03.2007 г., страница 6, план на Националната екологична мрежа, както и да престави документ за Допускане за изработване на ПУП върху терена с КИНТ най – малко 0.6;

(в) В деня на сключване на настоящия договор страните да сключат договор (Ескроу споразумение) с двамата ескроу агенти, за откриване и управление на ескроу сметка, чрез която следва да се извърши плащането на:

а/ частта от договорената цена на терена по чл.2., б. „а" при сключване на договора в нотариална форма за продажба на имота;

б/ остатъка от договорената цена на терена по **чл.2., б. „б"**;

в/ договорената цена по договора за покупко-продажба на терена съгласно с **чл. 4.2, б. „б"** при настъпване на прекратителното условие по чл. 4 и останалите предпоставки по **чл.4.2.** ;

(г) В срок до 5 /пет/ работни дни от датата на сключване на настоящия договор Купувачът да завери ескроу сметката със сумата от 2'097'442 /два милиона деветдесет и седем хиляди четиристотин четиридесет и две/ евро,

and still in force, as well as any agreements granting rights to use the property in one way or the other; any encumbrances, mortgages, special pledges or other collaterals, or from any real rights, fiscal rights, bond rights, restitutionnal or any other rights or claims of third parties; with regard to the land or parts of it there exist not any filed claims, pending lawsuits or out-of-court disputes, nor any executory actions, alianatory proceedings, nor collateral security procedures, and that the land shall be free from any attachments or other security measures;

(b) Within sixty days starting from the date hereof and by the method prescribed herein the Seller shall produce proofs showing that the Land is not listed as a protected area under NATURA 2000 pursuant to the National Ecological Network Plan, adopted by Resolution No. 122 of the Council of Ministers, published in the State Gazette No.21 of 9th March 2000, p.6;, the Seller shall also produce a document showing permission to make a Detailed Structural Plan of the Land of KINT (Development Intensity Coefficient) of 0.6 at the least;

(c) On the day of the present Agreement conclusion the Parties shall enter into an agreement (Escrow Arrangement) with the two Escrow Agents to open and operate an escrow account, through which payment of the items shown below shall be made:

a/ that portion of the Land Price as agreed in Article 2 (a) upon signing of the Property Sale Agreement before a Notary Public;

b/ the remainder of the Land Price as set forth in **Art. 2 b. "b"**;

c/ the Land Price as specified in the Sale and Purchase Agreement in **Art.4, b. "b"** in the event that a termination condition under **Art.4** and the rest of the prerequisites under **Art.4.2.** to this effect occur;

(d) Within 5/five/ working days starting from the date of the conclusion of the present agreement the Buyer shall remit into the opened escrow account the amount of €2'097'442 /two million ninety seven thousand four hundred forty

като предоставен на разположение депозит за плащане на част от договорената цена по **чл. 2, б."а"** от раздел II, съответно по б. „а" от настоящия член;

(д) В срок до 20.08.2007 г. да завери същата със сумата от 18'876'978 /осемнадесет милиона осемстотин седемдесет и шест хиляди деветстотин седемдесет и осем/ евро,като предоставен на разположение депозит за плащане на останалата част от договорената цена по **чл. 2, б. "а"** от раздел II, съответно по б. **"а"** от настоящия член;

(е) В срок до датата на сключване на окончателния договор да завери ескроу сметката със сума, равняваща се на половината от дължимите за сключване на окончателния договор в нотариална форма такси и други разноски.

6. (а) Изпълнението на условията по предходната разпоредба се доказва чрез удостоверителни и/или диспозитивни документи както следва: Титул за собственост върху терена, удостоверяващ и легитимиращ правото на собственост върху терена на името на Продавача; Удостоверение за липсата на вещни тежести върху имота; Данъчна оценка с удостоверена от съответната данъчна служба липса на данъчни задължения за имота ; Скица или скици, посочващи индивидуалното месторазположение на имота; Удостоверение, че имотът не попада в защитените зони от НАТУРА 2000; Удостоверение за Допускане за изработване на ПУП върху терена с КИНТ най – малко 0.6; Договор за откриване и управление на ескроу сметка, сключен с ескроу агентите; Договор за възлагане на поръчка /мандат/ от продавача и купувача съответно с двамата ескроу агенти по **чл. 4**, съответно **чл.4.2.** от настоящия договор; Извлечение за депозираната от Купувача сума по ескроу сметката.

(б) Изпълнението на условията по предходната разпоредба се извършва чрез представяне на документите на Ескроу агентите, ангажирани от страните да обслужват договореното между тях разплащане, както и чрез предоставянето им на разположение на Купувача, за което Продавачът или неговият ескроу агент известява писмено Купувача. Купувачът в срок от 10 /десет работни/ дни, считано от датата на известяването му за

---

two Euros/ in the form of a deposit that may be used in order to pay the Price as agreed in **Art. 2 "a"** of Section II, and pursuant to **sub-clause "a"** hereof;

(e) Within the period until 20.08.2007 the Buyer shall remit into the escrow account the amount of €18'876'978 /eighteen million eight hundred seventy six thousand and nine hundred seventy eight Euros/, in the form of a deposit that may be used in order to pay the remaining part up to the price as agreed in **Art. 2 "a"** of Section II, and pursuant to **sub-clause "a"** hereof;

(f) By the date of conclusion of the final agreement the Buyer shall remit into the escrow account the amount equal to the half of all charges due for the conclusion and notarization of the final agreement and all other related expenses.

6. (a) Meeting the conditions specified in the previous clause needs to be proved by producing of certification or provisional documents such as: a Title of Ownership on the Land showing the legitimate right of ownership on the Land by the Seller; A Tax Assessment showing that the Property is free and clear from any tax liabilities; a Title Report showing that the Property is clear of any encumbrances; a layout plan or plans showing the exact location of the Property; a certificate showing that the Property is not listed as a protected area under the NATURA 2000; produce a document showing permission to make a Detailed Structural Plan of the Land of KINT (Development Intensity Coefficient) of 0.6 at the least; an agreement (Escrow Arrangement) entered into with the Escrow Agents to open and operate an escrow account; a Contract of Mandate signed by and between the Seller and the Buyer respectively with the two Escrow Agents under Art.4 and Art.4,2 hereof; A Statement of Account showing that an amount into the Escrow Account has been deposited by the Buyer.

(b) The conditions set out in the above clause shall be met by producing of the documents before the Escrow Agent, engaged by the Parties to take care of the payment as agreed by and between these, as well as by making such documents available to the Buyer, by Seller's or their Escrow Agent's notification in writing to this effect to the Buyer. The Buyer shall, within 10 (ten business) days starting from the date of the above notification to produce the documents, make inspection of the facts

представянето на документите, е длъжен да извърши проверка върху установените с тях обстоятелства.

(в) Купувачът, след като извърши проверката в указания в чл.6, б. „б" срок, е длъжен да потвърди в тридневен срок от изтичане на същия срок дали приема или не въз основа на документалното установяване - предмет на проверката, изпълнението на условията по чл. 5, б. „а" и б. „б", като при потвърдено приемане страните са длъжни в срок до 48 часа, считано от изтичане на срока по чл. 6, б.„б", да сключат окончателен договор за покупко-продажба на терена в нотариална форма при условията по раздел II и раздел III от настоящия договор. Мястото, часа и нотариуса за сключване на окончателния договор се известяват на Купувача и Продавача от Ескроу агентите по плащанията най-късно в срока по чл.6 б. „б". За приемане се счита и липсата на изричен отказ от страна на Купувача да потвърди изпълнението на условията по чл.5, б.„а" и „б", както и приемането на документалната установеност на установяваното с документите изпълнение на същите условия.

7. Изпълнението на договорените условия по чл. 5 в договорените срокове, доказано посредством документите по чл. 6, б." а" и извършено по начина, договорен в чл. 6, б. „б" и б. „в", съгласно изричната воля на страните се въздига като предпоставка за изискуемост на задължението за сключване на окончателен договор за покупко-продажба на терена със съдържание съгласно раздел II и III от настоящия договор и съставяване при неосъществяване на кое и да е от условията в сроковете, предвидени в същите разпоредби, прекратително условие на настоящия предварителен договор.

8. Отказът на която и да е от страните, при доказано изпълнение на договорените условия в чл. 5, б. „а" и б. „б" за сключване на окончателен договор за покупко-продажба на терена при условията и със съдържание съгласно раздел II и III по – горе, наричан още необоснован отказ, ще съставлява виновно неизпълнение на задължението й ще задължава неизправната страна да заплати на изправната неустойка за цялостно неизпълнение в размер на 10% /десет процента/ от общата покупна цена, дължима от купувача, а именно 37 753 956 /тридесет и седем милиона седемстотин петдесет и три хиляди

proved by such documents.

(c) Having made the inspection within in the time limit specified in Art.6 "b" the Buyer shall, within three days after the above time limit has expired, confirm pursuant to the facts established by such inspection whether or not they accept that the conditions under Art. 5 "a" and "b" have been met, and in the event of an acceptance confirmed the Parties shall enter into an entire (final) sale and purchase agreement for the Land before a Notary Public under the provisions set out in Sections II and III hereof by 48 hours at the latest after the time limit specified in Art.6(b) has expired. The Escrow Agents shall notify the Buyer and the Seller for the place, time and the Notary Public before whom the final agreement shall be entered into within the time limit specified in Art.6 (b). The lack of an explicit refusal on Buyer's part to confirm whether the conditions under **Art.5 (a) and (b)** have been met, as well as the act of accepting the facts established by the documents produced and showing that such conditions have been met shall be deemed an acceptance.

7. Fulfillment of the conditions set out in Art. 5 within the time limits as specified and duly proved by the documents required by Art. 6 (a), and performed in the manner prescribed in Art. 6 (b) and (c), pursuant to the explicitly expressed declaration of intention of the Parties shall be deemed a **prerequisite of chargeability of the obligation to enter into an entire (final) agreement** for purchase and sale of the Land, and the contents of such agreement shall comply with Sections II and III hereof and the failure to meet any condition within the time limits specified therein shall also be deemed a **termination condition** hereof.

8. In the event of a Party refusing to enter into an entire agreement when all the conditions under Art. 5 (a) and (b) providing for such entire agreement for purchase and sale of the Land under the terms and wording as those set forth in Sections II and III above, such refusal shall be termed as a groundless refusal and shall be deemed to be a default failure to perform obligations while obliging the party at default to pay to the Party not at default a compensation for entire failure to perform to the amount of Euro 10% /ten per cent/ of the total purchase price payable by the Buyer, namely €37'753'956 /thirty seven million seven hundred

13

деветстотин петдесет и шест/ евро. При необоснован отказ за сключване на окончателния договор, изправната страна може да поиска обявяването му за окончателен по реда на чл.19, ал.3 от Закона за задълженията и договорите или да развали договора при условията на чл.87 , ал.1 от Закона за задълженията и договорите, като предупреди неизправната страна, че в случай на неизпълнение на задължението за сключване на окончателен договор в срок от седем дни от датата на уведомлението, предварителният договор ще се счита за развален. В случай на разваляне на договора се ангажира и отговорността на неизправната страна за заплащане на наустойката за цялостно неизпълнение. Уведомлението се извършва в писмена форма на посочения адрес за кореспонденция или на ескроу агентите най-късно в срок до 24 часа от датата, на която е следвало да се сключи окончателният договор за покупко-продажба.

## V. ПЛАТЕЖЕН МЕХАНИЗЪМ НА ЕСКРОУ СПОРАЗУМЕНИЕТО ПО чл. 5, б. „в".

9.1. Плащането на първата част от цената по покупко-продажбата на терена в размер на 20'974'420 /двадесет милиона деветстотин седемдесет и четири хиляди четиристотин и двадесет/ евро се извършва от Купувача в полза на Продавача, чрез заверка на ескроу сметката на два пъти в указаните по чл.5, б.„в" и б.„г" размери и срокове;

9.2. Плащането на остатъка от цената по покупко-продажбата на терена в договорения размер от 16'769'536 /шестнадесет милиона седемстотин шестдесет и девет хиляди петстотин тридесет и шест/ евро при променен статут на урегулиран терен за жилищно застрояване, изключен от горския фонд, се извършва чрез доплащане на сумата от Купувача в полза на Продавача , чрез заверка на ескроу сметката в следния порядък:

а/ сумата от 1'667'954 /един милион шестстотин шестдесет и седем хиляди деветстотин петдесет и четири евро/, представляваща 10% от дължимата стойност, в срок до десет работни дни от датата на вписване на окончателния договор за покупко-продажба по чл. 6, б. „в";

fifty three thousand nine hundred fifty six Euros/. In the event of groundless refusal to sign the entire agreement the Party that is not at default may demand that it is announced an entire one under the procedure set forth by Art.19, paragraph 3 of the Obligations and Contracts Act, or may discharge of it under the provisions of Art.87, paragraph 1 the Obligations and Contracts Act by notifying the party at default that in the event of failure to meet their obligation to enter into an entire agreement within seven days after the date of such notice the preliminary agreement shall be deemed discharged. In the event that the agreement is discharged the party at default shall assume responsibility to pay the compensation for entire failure to perform. Such notice shall be given in writing at the address indicated or to the Escrow Agents within 24 hours after the date when the entire sale and purchase agreement had been supposed to be entered into.

## V. METHOD OF PAYMENT OF THE ESCROW ARRANGEMENT UNDER Art. 5, "c".

9.1. Payment of the first portion of the price for the land in the amount of € 20'974'420 /twenty million nine hundred seventy four thousand four hundred twenty Euros/ shall be made by the Buyer in favor of the Seller, by crediting of the duly opened for the purpose escrow account twice as agreed in Art.5, "c" and "d" hereof.

9.2. Payment of the remainder of the price for the land in the contractual amount of € 16'769'536 /sixteen million seven hundred sixty nine thousand five hundred thirty six Euros/ when the status of the land has been changed into that of a housing development land in regulation that has been deleted from the forestry fund list, shall be made by an additional payment to the amount of €16 /sixteen Euros/ per square meter and is payable by the Buyer in favor of the Seller, by crediting of the Escrow Account in the following order:

а/ the amount of €1'667'954 /one million six hundred sixty seven thousand nine hundred fifty four Euros/, representing 10% /ten per cent/ of the amount due, within 10 /ten/ working days after the date of the entry of the final sale contract in the Docket Book under Art. 6, b. „c";

б/ сумата от 15'101'582 /петнадесет милиона сто и една хиляди петстотин осемдесет и две евро евро/, представляваща остатъка от дължимата стойност, в срок до 20.09.2007г.;

9.3. (а) Депозираната сума по чл. 9.1. се усвоява от Продавача с представяне пред ескроу агентите на документите, посочени в чл. 6, б. „а" ведно с договор за продажба в нотариална форма, вписан в Агенцията по вписванията, доказващ сключване на ОКОНЧАТЕЛЕН договор за покупко-продажба на терена, предмет на настоящия договор, удостоверяващ, че Продавачът е притежавал собствеността върху терена и е прехвърлил тази собственост върху Купувача, че теренът не съставлява защитена зона включена в НАТУРА 2000, както и че има Допускане за изработване на ПУП върху терена с КИНГ най – малко 0.6, и че за същият не съществуват данъчни и вещни тежести. придружени с платежно искане за усвояване на цената.

(б) Срокът на действие на депозита на първоначалната вноска по цената на терена по ескроу сметката се договаря до 5 / пет / работни дни, след най-късната дата на която е следвало да се извърши покупко-продажбата, с изтичането на който срок и при условие че в рамките му не е постъпило платежно искане от Продавача, придружено с посочените по-горе документи, сумата се освобождава незабавно в полза на Купувача, а ескроу споразумението се прекратява по право.

9.4.(а) Депозираната сума по чл. 9.2. се усвоява от Продавача в срока по чл. 4.1., б. „а" с представяне на удостоверение от Община Балчик или друг компетентен административен орган, че за терена е влязъл в сила подробен устройствен план с възможно застрояване с КИНГ най – малко 0.6 със скица за същия и влязла в сила заповед на Министъра на Земеделието за смяна на предназначението на терена от горски фонд в статут на урегулиран терен за жилищно застрояване. В случай, че в заповедта е указана като дължима от купувача като собственик на терена такса за изключване на терена от горския фонд, то за усвояване на част от цената, равняваща се на дължимата такса, Продавачът следва да представи и доказателства, че е заплатил от името на купувача дължимата такса. В противен случай частта от покупната цена, рвняваща се на

b/ the amount of €15'101'582 /fifteen million one hundred and one thousand five hundred eighty two Euros/, representing the remainder of the amount due, within 20.09.2007;

9.3. (a) The deposited amount under Art. 9.1 shall be reclaimed by the Seller by producing to the Escrow Agents the documents, specified in art. 6, b. „a" along with a notarized contract of sale, registered in the Docket Office, certifying the conclusion of a FINAL sale and purchase agreement for the land, subject matter of the present Agreement, showing that the Seller has had ownership of the land and had transferred it to the Buyer, that the land is not a protected area, included in NATURA 2000, and also that there is a permission to make a Detailed Structural Plan of the Land of KINT (Development Intensity Coefficient) of 0.6 at the least, and that the land is free and clear of tax and real encumbrances, along with the payment demand order for the use of the price.

(b) The time limit of the deposit of the initial payment of the price of the land into the escrow account shall be negotiated not later than 5 /five/ working days after the last date for the sale and purchase will be carried out, after the expiry of such term, providing that its timeframe a payment demand order has not been submitted by the Seller, accompanied by the documents listed above, the amount shall be released immediately in favor of the Buyer, and the Escrow Arrangement shall be terminated by right.

9.4.(a) The deposited amount under Art. 9.2. shall be reclaimed by the Seller according to the time limit inder Art. 4.1., b."a" upon producing of a certificate by Balchik Municipality or other competent administrative body, showing that a detailed structural plan of the Land has come into force, allowing development with KINT of 0.6 at the least along with a layout plan of the same and that an order by the Minister for Agriculture for the change of the purpose of the land from Forestry fund into a housing development land in regulation has come into force. In the event that a fee for the deletion of the land from the forestry fund list is required as due by the Buyer, acting as owner of the land, the Seller needs to produce proofs showing payment of the above fee due on behalf of the Buyer in order to reclaim the portion of the price equal to the fee due. Otherwise, the part of the purchase price, equal to the fee due by the Buyer for the

дължимата от купувача такса за изключване на терена от горския фонд, остава по ескроу сметката и може да бъде заплатена по писмено искане на купувача по сметка на държавата.

(б) Срокът на действие на депозита на дължимия остатък от купувача по покупна цена на терена по ескроу сметката се договаря в период от 5 / пет / работни дни , считано от последната датата, на която е следвало да се извърши проверката по представените: удостоверението за влизане в сила на подробния устройствен план за терена със скица за същия и заповед на Министъра на Земеделието за смяна на предназначението на терена от горски фонд в статут на урегилиран терен за жилищно застрояване, с изтичането на който срок и при условие, че в рамките му не е постъпило платежно искане от Продавача придружено с посочените по-горе документи, сумата се освобождава незабавно в полза на Купувача, а ескроу споразумението се прекратява, освен ако страните и ескроу агентите договорят писмено други условия и срокове с Анекси към този договор и към ескроу споразумението, или в договора за възлагане на мандата на ескроу агентите за извършване на покупо-продажба по чл. 4.2.

## V. ЗАКЛЮЧИТЕЛНИ РАЗПОРЕДИ.

**Параграф 1.** Промените в настоящия договор се извършват само по взаимно писмено съгласие на страните.

**Параграф 2.** Нищожността на коя и да е от клаузите на настоящия договор или допълнително уговорените условия, доколкото не налага изменяне в същественото съдържание на договореностите, не води до нищожност на друга клауза или на договора като цяло. В противен случай страните дължат да договорят съответното изменение и допълнение на настоящия договор, като запазят смисъла и съдържанието на първоначалната договореност. В случай не невъзможност за постигане на такава договореност, страните възлагат определяне съдържанието на последната по запазване и съхраняване на първоначално заявената от тях воля за запазване валидността на договора на съда .

**Параграф 3.** За всеки спор относно съществуването, действието и валидността на

---

deletion of the land from the forestry fund list, shall remain in the Escrow Account and may be paid into the account of the State upon a written request of the Buyer

(b) The time limit to deposit the rest of the purchase price of the land by the Buyer into the escrow account shall be contracted for a period of 5 /five/ working days, from the last date on which a check of the presented documents will be performed: a certificate showing that a detailed structural plan of the Land has entered into force, is to be submitted along with a layout plan of the same and the order of the Minister of Agriculture for the change of the purpose of the land from Forestry fund into a housing development land in regulation, after the expiry of that term and under the condition that within such timeframe a payment demand order has not been submitted by the Seller accompanied by the documents listed above, the amount shall be released immediately in favor of the Buyer, and the escrow arrangement shall be terminated, unless the Parties and the escrow agents settle in writing other conditions and terms by Annexes to this Agreement and to the escrow arrangement, or in the contract granting a mandate to the escrow agents for the performance of the sale and purchase under art. 4.2.

## V. FINAL PROVISIONS.

**Paragraph 1.** Amendments of this Agreement shall be made in writing by mutual consent of the Parties.

**Paragraph 2.** The nullity of any of the clauses or the additional arrangements herein, as far as it does not necessitate modifications of the substantial content of the arrangements, shall not entail nullity of any other clause or the entire Agreement. Otherwise the Parties have to negotiate the relevant modification and supplementing of the present Agreement, by preserving the meaning and content of the original arrangement intact. In the event of failure to make such an arrangement, the Parties shall refer to the Court the defining of the content of the latter in order to preserve the meaning of their will as stated by them initially to maintain the validity of the Agreement.

**Paragraph 3.** Any dispute regarding the existence, the force and the validity of the

постигнатите между страните договорености или във връзка с тяхното нарушаване, включително спорове и разногласия относно: дейтвителността, тълкуването, прекратяването, изпълнението и неизпълнението им, както и за всички неуредени в този договор въпроси, се прилага българското действащо към датата на настоящия договор законодателство, като страните уреждат отношенията си чрез споразумение. При непостигане на съгласие облигационните спорове по този и по предходния член се отнасят за решаване пред Варненски районен или окръжен съд, съгласно правилата за родовата подсъдност, а вещните спорове във връзка с договора – пред компетентния съд съгласно правилата за местна подсъдност .

**Параграф 4/1/** Страните договарят следните адреси и лица за уведомления и кореспонденция , както следва :

За Купувача

За Продавача

/2/ Последните адреси и лица подлежат на потвърждаване в ескроу споразумението и в договора за възлагане на мандат на ескроу агента за покупко – продажба на терена по чл.2.2. , като в противен случай задължителни са адресите и лицата посочени в последното.

**Параграф 5.** Този договор се състави едновременно на английски и български език, като при конфликт на редакциите, се прилага редакцията дадена с български език при изясняване на конфликтното съдържание от договореността .

**Параграф 6.** /1/ Този Договор влиза в сила само ако Страните са сключили Договора (Ескроу споразумението) по чл.1.2(в) и Договори за възлагане на поръчка /мандат / с ескроу агентите. В противен случай подписването му от Страните няма никакви правни последствия.

/2/ Влязъл в законна сила, настоящият договор поражда права и задължения и за правоприемниците на Страните.

/3/ Ескроу агенти по смисъла на

arrangements made between the Parties or regarding their breach, including any disputes or disagreement on their validity, interpretation, termination, performance or failure to perform, as well as all and any issues that are not settled herein the Bulgarian current legislation as of date of the present Agreement shall apply, and the Parties shall settle any such disputes by mutual agreement. In the event of failure to reach an agreement, any contractual disputes concerning the current and the preceding article shall be referred to the Varna Regional or District Court, in compliance with the rules of the subject matter jurisdiction, and the property disputes related to the Agreement shall be referred to the competent court in compliance with the personal jurisdiction rules.

**Paragraph 4/1/** The mailing addresses and contact persons for notification or correspondence between the Parties shall be as follows:

For the Buyer

For the Seller

/2/ The listed above mailing addresses and persons needs to be confirmed by the Escrow Arrangement and by the contract for the granting of mandate to the escrow agent for the sale and purchase of the land under art. 2.2, otherwise mailing addresses and persons listed above shall prevail.

**Paragraph 5.** This Agreement has been drawn in both English and Bulgarian languages, and in the event of a conflict between the two versions, the Bulgarian version shall prevail in order to clarify the content of the provisions in conflict.

**Paragraph 6.** /1/ This Agreement shall come into force only if the Parties have concluded the Arrangement (The Escrow Arrangement) under art.1.2(c) and the Contract of Mandate with the Escrow Agents. Otherwise, its signing by the parties shall bring no legal consequences.

/2/ Once it has come into force, the present Agreement shall create rights and obligations for the legal successors of the Parties.

3. Escrow Agents as defined herein shall be

настоящия договор са адвокатите Боян Илиев Жеков,ЕГН 5906051028, адвокатска колегия Варна, гр. Варна, ул. „Граф Игнатиев" № 17 и Захари Желязков Томов ЕГН 6804120540 , адвокатска колегия Варна , гр.Варна , улица Параскева Николау №4 , ет.2 , аескроу сметка е съвместна специална клиентска сметка с титуляр Боян Илиев Жеков, която може да бъде задължавана единствено заедно от двамата ескроу агенти и преводи от която могат да се правят само по указани изрично от купувача и продавача сметки или по изрично нареждане на последните към двамата ескроу агенти по сметка на държавата или съответна община за заплащане на дължими такси и други държавни вземания, с платежно основание настоящия договор.

/4/ Договори за мандат с ескроу агентите по смисъла на настоящия договор са договори, сключени както следва:

а/първи договор между купувача като поръчител и адвокат Боян Илиев Жеков като доверник;

б/втори договор между продавача като поръчител и адвокат Захари Желязков Томов като доверник,

като предмет на договорите са предпоставките и условията, при които доверениците ще изпълняват от името и за сметка на поръчителите действия по изпълнение на техните насрещни задължения по чл. 4.2. от настоящия предварителен договор.

**Параграф 7.** За всички неуредени въпроси страните дължат решаването им в писмена форма и чрез преговори .

**Параграф 8.** Във всички случаи на виновна неизправност, включително и в случаите на превратно упражняване на права, водещо до препятстване упражняването на права на другата страна или до препятстване изпълнението на задълженията, вкл. и бездействие по отношение на административни процедури, виновната страна дължи да обезщети изправната под формата на неустойка договорена в размер на 10% /десет процента/ от цялата покупна цена в размер на 37 753 956 /тридесет и седем милиона седемстотин петдесет и три хиляди деветстотин петдесет и шест/ евро.

**Параграф 9.** Страните по договора си дължат съдействие за постигане на договорения резултат, в това число и за изпълнение на

Boyan Iliev Jekov, Attorney at law, ID No. 5906051028, Varna Bar, Varna, ul. Graf Ignatiev № 17 and Zahari Zhelyazkov Tomov, ID No. 680412050, Varna Bar, ul. Paraskeva Nikolau 4, et.2, and the Escrow Account shall be a special client account, jointly held by the two Escrow Agents, with Principal Boyan Iliev Zhekov, which account may be only debited by the two escrow agents jointly and transfers from which may be made to account explicitly indicated by the Seller and Buyer or, by explicit instruction of the Seller and the Buyer to the two escrow agents - to state or municipal bodies' accounts respectively, in order to make payments of fees or other state collectibles that might be due with reason for payment the present agreement.

4/ Contracts of mandate with the Escrow Agents under this Agreement represent contracts concluded as follows:

a/ First contract between the Buyer as a Assignor and Mr. Boyan Iliev Zhekov, Attorney at law, as an Assignee;

b/ Second contract between the Seller as a Assignor and Mr. Zachari Tomov, Attorney at law, as an Assignee;

and the subject matter of both contracts are the prerequisites and conditions under which the Assignees shall act, on behalf and at the expenses of the Assignors, in order to perform their counter obligations under **Art. 4.2.** in this preliminary agreement.

**Paragraph 7.** All unsettled issues shall be settled by the Parties through negotiations and in writing.

**Paragraph 8.** In any event of guilty default, including the cases of wrongful exercise of rights, leading to obstructing of the exercising of rights of the other Party or to the obstructing the performance of the obligations, including failure to take action in relation to administrative procedures the Party at default shall compensate the one not at default by paying a penalty of 10% /ten per cent/ of the total purchase price to the amount of €37'753'956 /thirty seven million seven hundred fifty three thousand nine hundred fifty six Euros/.

**Paragraph 9.** The Parties are obliged to cooperate with each other in order to achieve the contracted result, including also the counter rights and obligations, as far as the same is requested in



насрещните права и задължения, доколкото също е поискано в писмена форма и придружено с нужното пояснение за търсеното съдействие. За осигуряване на дължимото съдействие от страна на купувача след придобиване на собствеността в качеството му на собственик за провеждане на процедурите по изработка и одобрение на ПУП- ПРЗ за имота, както и в административно производство за смяна на предназначението на имота чрез изключването му от горския фонд и причисляването му към урбанизинираните територии, вкл. и в административните производства по издаване на необходимите удостоверителни и диспозитивни административни актове за пълно комплектоване на преписката, купувачът е длъжен да снабди продавача с необходимите пълномощни, като на упълномощителя се дължи пълен отчет по хода на посочените административни процедури.

**Параграф 10.** При бездействие от страна на Продавача по отношение на съответните административни процедури , Купувачът има право от свое име и за сметка на Продавача да извърши съответните действия .

**Параграф 11.** В случаите на упражнени права от Купувача по чл.19 , ал.3 ЗЗД , то заплащането на цената се дължи солидарно и от Ол Сийз България ЕООД –гр.Варна, за което са и учредени договорите за поръчителството .

Този договор се състави в четири еднообразни екземпляра – по един за всяка от страните и по един за двамата ескроу агенти, всеки от които състоящ от 20 страници, подписана всяка една от страните.

Всички подписващи потвърждават, че са прочели горното СПОРАЗУМЕНИЕ и чрез техните инициали и подписи декларират, че имат пълна оторизация да подпишат документа за и от името на страната, за която те полагат своя подпис.

Договора в своя завършен вариант задължително се приподписва и от правните консултанти участвали в преговорите, изготвянето и съгласуването на окончателната редакция на договора .

В неразделна част от настоящият договор

writing and accompanied by the necessary explanation for the cooperation sought. To ensure such cooperation, the Buyer after acquiring the Property, in his capacity of an owner for the performance of the procedures for preparation and approval of the Detailed structural plan- Regulation and Development Plan for the Property, as well as in the administrative proceedings for the change of the purpose of the Property through its exclusion from the Forestry fund and its enlisting as an urban area, including in the administrative proceedings for the issuance of the necessary certifying and supplementary administrative acts for the entire completing of the correspondence, the Buyer shall furnish the Seller with all necessary authorizations and the Seller shall report on the progress of such procedures.

**Paragraph 10.** In the event of omission by the Seller concerning the respective administrative procedures, the Buyer has the right on his own behalf and at Seller's expense to perform the relevant actions.

**Paragraph 11.** In the events of exercised rights by the Buyer according to Art.19, item 3 of the Obligations and Contracts Act (OCA), payment of the price is due jointly by ALL SEAS BULGARIA EOOD – Varna, which is the purpose of the conclusion of the Contracts for Guarantee.

This Agreement has been drawn in four identical copies – one for each of the Parties and one for each Escrow Agent – of 20 pages each, and signed by each Party.

All the undersigned confirm that they have read the above AGREEMENT and by putting their initials and signatures below, they declare, that they are authorized signatories.

The complete version of the Agreement must also be signed by the legal consultants, involved in the negotiations, preparation and harmonization of its final version.

The following enclosures are integral parts of

се прилагат: Документи удостоверяващи легитимацията на страните и лицата ,които ги представляват при неговото подписване; Менителница за плащане на неустойката от Ол Сийз България ЕООД –гр.Варна ; Договор за поръчителство за плащане по цената по **чл.4.2.б.«б»** от Ол Сийз България ЕООД – гр.Варна; Договор за поръчителство за плащане по цената по **чл.4.4.б.«а.д.»** от Ол Сийз България ЕООД –гр.Варна ;

За Купувача:

За Продавача:



the present Agreement, namely: Documents certifying the legitimacy of the parties and their representatives at the signing of the present Agreement; Bill of exchange for securing the payment of penalty by ALL SEAS BULGARIA EOOD - Varna; Contract of Guarantee to secure the payment of the price under **Art.4.2.«b»** by ALL SEAS BULGARIA EOOD – Varna; Contract of Guarantee to secure the payment of the price under **Art.4.4.«a.e.»** by ALL SEAS BULGARIA EOOD – Varna.

For the Buyer:

For the Seller: