# EXHIBIT 3

# REQUEST FOR JUDICIAL INTERVENTION

**UCS-840  (7/2012)**

| For Court Clerk Use Only: |
|---|
| IAS Entry Date |
| |
| Judge Assigned |
| |
| RJI Date |

**Supreme** _____ **COURT, COUNTY OF** _____ **New York**

Index No: _____ Date Index Issued: _____

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

(SEE ATTACHED CAPTION RIDER)

**Plaintiff(s)/Petitioner(s)**

-against-

(SEE ATTACHED CAPTION RIDER)

**Defendant(s)/Respondent(s)**

## NATURE OF ACTION OR PROCEEDING: Check ONE box only and specify where indicated.

**MATRIMONIAL**
- O Contested

  **NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum.** For Uncontested Matrimonial actions, use RJI form UD-13.

**TORTS**
- O Asbestos
- O Breast Implant
- O Environmental: _____ (specify)
- O Medical, Dental, or Podiatric Malpractice
- O Motor Vehicle
- O Products Liability: _____ (specify)
- O Other Negligence: _____ (specify)
- O Other Professional Malpractice: _____ (specify)
- O Other Tort: _____ (specify)

**OTHER MATTERS**
- O Certificate of Incorporation/Dissolution   [see **NOTE** under Commercial]
- O Emergency Medical Treatment
- O Habeas Corpus
- O Local Court Appeal
- O Mechanic's Lien
- O Name Change
- O Pistol Permit Revocation Hearing
- O Sale or Finance of Religious/Not-for-Profit Property
- O Other: _____ (specify)

**COMMERCIAL**
- O Business Entity (including corporations, partnerships, LLCs, etc.)
- O Contract
- O Insurance (where insurer is a party, except arbitration)
- O UCC (including sales, negotiable instruments)
- ⊙ Other Commercial FRAUD, CONTRACT, AND ASSOCIATED ENTITY (specify)

  **NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(b)], complete and attach the **COMMERCIAL DIV RJI Addendum.**

**REAL PROPERTY:** How many properties does the application include? _____
- O Condemnation
- O Mortgage Foreclosure (specify):   O Residential   O Commercial
  Property Address: _____
  Street Address    City    State    Zip
  **NOTE:** For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum.**
- O Tax Certiorari - Section: _____ Block _____ Lot: _____
- O Tax Foreclosure
- O Other Real Property: _____ (specify)

**SPECIAL PROCEEDINGS**
- O CPLR Article 75 (Arbitration)   [see **NOTE** under Commercial]
- O CPLR Article 78 (Body or Officer)
- O Election Law
- O MHL Article 9.60 (Kendra's Law)
- O MHL Article 10 (Sex Offender Confinement-Initial)
- O MHL Article 10 (Sex Offender Confinement-Review)
- O MHL Article 81 (Guardianship)
- O Other Mental Hygiene: _____ (specify)
- O Other Special Proceeding: _____ (specify)

## STATUS OF ACTION OR PROCEEDING: Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | O | ⊙ | If yes, date filed: _____ |
| Has a summons and complaint or summons w/notice been served? | O | ⊙ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | O | ⊙ | If yes, judgment date: _____ |

## NATURE OF JUDICIAL INTERVENTION:   Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ○ Note of Issue and/or Certifcate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion          Relief Sought: _____    Return Date: _____
- ○ Notice of Petition          Relief Sought: _____    Return Date: _____
- ○ Order to Show Cause          Relief Sought: _____    Return Date: _____
- ○ Other Ex Parte Application          Relief Sought: _____
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ◉ Other (specify): COMPLAINT

### RELATED CASES:
List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the **RJI Addendum**. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

### PARTIES:
For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the RJI Addendum.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | RUDERSDAL, EOOD — Last Name; (NONE) — First Name; Primary Role: Plaintiff; Secondary Role (if any): | ROLINSKI — Last Name; SYLVIA — First Name; ROLINSKI LAW GROUP, LLC — Firm Name; 14915 RIVER ROAD — Street Address; POTOMAC — City; Maryland — State; 20854 — Zip; +1 (301) 987-0202 — Phone; +1 (301) 263-7100 — Fax; SJR@ROLINSKI.COM — e-mail | ○ YES   ◉ NO | |
| ☐ | ALL SEAS PROPERTY 2, OOD — Last Name; (NONE) — First Name; Primary Role: Plaintiff; Secondary Role (if any): | ROLINSKI — Last Name; SYLVIA — First Name; ROLINSKI LAW GROUP, LCC — Firm Name; 14915 RIVER ROAD — Street Address; POTOMAC — City; Maryland — State; 20854 — Zip; +1 (301) 987-0202 — Phone; +1 (301) 263-7100 — Fax; SJR@ROLINSKI.COM — e-mail | ○ YES   ◉ NO | |
| ☐ | ASSET MANAGEMENT, EAD — Last Name; (NONE) — First Name; Primary Role: Plaintiff; Secondary Role (if any): | ROLINSKI — Last Name; SYLVIA — First Name; ROLINSKI LAW GROUP, LLC — Firm Name; 14915 RIVER ROAD — Street Address; POTOMAC — City; Maryland — State; 20854 — Zip; +1 (301) 987-0202 — Phone; +1 (301) 263-7100 — Fax; SJR@ROLINSKI.COM — e-mail | ○ YES   ◉ NO | |
| ☐ | TOMOV — Last Name; ZAHARI — First Name; Primary Role: Plaintiff; Secondary Role (if any): | ROLINSKI — Last Name; SYLVIA — First Name; ROLINSKI LAW GROUP, LLC — Firm Name; 14915 RIVER ROAD — Street Address; POTOMAC — City; Maryland — State; 20854 — Zip; +1 (301) 987-0202 — Phone; +1 (301) 263-7100 — Fax; SJR@ROLINSKI.COM — e-mail | ○ YES   ◉ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: 11/27/2018

_____
SIGNATURE

4210464
**ATTORNEY REGISTRATION NUMBER**

SYLVIA J. ROLINSKI
**PRINT OR TYPE NAME**

[ Print Form ]

**IN THE SUPREME COURT**
**FOR THE STATE OF NEW YORK**
**(COMMERCIAL DIVISION)**

**RIDER TO COMPLAINT –**
**DEFENDANTS' SERVICE ADDRESSES**

**PHILIP ROBERT HARRIS**
459 Chippendale Drive
Rockwall, TX 75032

**AYR LOGISTICS LIMITED, INC.**
By: Philip Robert Harris
President and General Manager
459 Chippendale Drive
Rockwall, TX 75032

**ANTHONY DENNIS HARRIOTT**
21 Foxcroft Drive
Princeton, NJ 08540

**GRANT CAPITAL**
**INVESTMENTS, LTD.**
By: Anthony D. Harriott
Director
21 Foxcroft Drive
Princeton, NJ 08540

**FIRST INVESTMENT BANK, AD**
By: Nedelcho Vasilev Nedelchev
Director
37 Dragan Tzankov Boulevard
Municipality Stolichna
Sofia, Bulgaria 1797

**TSEKO TODOROV MINEV**
20 Dospat Str.
Fl. 4, Ap. 12
Sofia, Bulgaria 1463

**IVAILO DIMITROV MUTAFCHIEV**
26 Krushova Gradina Str.
Sofia, Bulgaria 1415

**CHAVDAR ANGELOV ANGELOV**
Tourist Lodge in the
Aladzha Manastir locality
Primorski District

Varna, Bulgaria 9007

**ALL SEAS MANAGEMENT, LTD.**
By: Registered Agent
Marshall Islands Management Company
Trust Company of the Marshall Islands, Inc.
Trust Company Complex, Suite 206
Aljeltake Road, Ajeltake Island
P.O. Box 3055
Majuro, MH 96960

**BLUE FINANCE LIMITED**
By: Registered Agent
Marshall Islands Management Company
Trust Company of the Marshall Islands, Inc.
Trust Company Complex, Suite 206
Aljeltake Road, Ajeltake Island
P.O. Box 3055
Majuro, MH 96960

**DELYAN SLAVCHEV PEEVSKI**
6 Atanas Dalchev Street
Sofia, Bulgaria  1113

**NSN INVESTMENT, EOOD**
By: Alexander Kirilov Georgiev
119 Ekzarh Yosif Street
Oborishte District
Sofia, Bulgaria 1527

**BULGARTABAC HOLDING, AD**
By: Radoslav Vasilev Rahnev
Director
62 Graf Ignatiev Street
Sofia, Bulgaria 1000

**BULGARIAN NATIONAL BANK**
By: Dimitar Radev
Governor
1 Knyaz Alexander I Square
Sofia, Bulgaria 1000

**STANISLAV GEORGIEV LYUTOV**
Individually and as BNB Conservator
22 Anton Chehov Street
1 Floor Apt 16
Sofia, Bulgaria 1113
Conservator of Corporate Commercial Bank

**ELENA ZDRAVKOVA**
**KOSTADINCHEV**
Individually and as BNB Conservator
District Lager
Building 12, Entrance B, Floor 1 Λpt. 1
Sofia, Bulgaria 1612
Conservator of Corporate Commercial Bank

**TABAK MARKET, AD**
By: Victor Nikolaev Nalbantov
Director
161 Knyaz Boris I Street
Vazrajdane District
Sofia, Bulgaria 1202

**CIBOLE SERVICES**
**INCORPORATED,**
**BULGARIA, EOOD**
By: Gergana Kirilova Angelova
Manager
11 Antim I Street
Vazrajdane District
Sofia, Bulgaria 1303

**ASTERIA BG, EOOD**
**a/k/a DROSLIAN BULGARIA, EOOD**
By: Borislav Ivanov Borisov
Manager
10 Doyran Street
Krasno Selo District
Sofia, Bulgaria 1700

**VILI VIST, EAD**
By: Nikolai Milev Milev
Director
47 Industrialna Street
Burgas, Bulgaria 8000

**PROMISHLENO STROITELSTVO**
**HOLDING, EAD**
By: Kamen Stoyanov Kanev
Director
1 Zavodska Street
Village of Yana
Sofia, Bulgaria 1895

**THE BANK OF NEW YORK
MELLON CORPORATION**
One Wall Street
New York, New York 10286
By: Registered Agent
New York State Secretary of State
New York Dept. of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

**EATON VANCE STRUCTURED
EMERGING MARKETS
EQUITY FUND, LLC**
By: Eaton Vance Management
New York State Secretary of State
New York Dept. of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

**THE BANK FOR FOREIGN TRADE OF
THE RUSSIAN FEDERATION
a/k/a VTB BANK**
By: Anton G. Siluanov
Chairman of the Supervisory Council
Or
By: Andre L. Kostin
President and Chairman of VTB Bank
Registered Address:
29 Bolshaya Morskaya Street
St. Petersburg, Russia 190000