# EXHIBIT 6

IN THE SUPREME COURT
OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
(Commercial Division)

| | |
|---|---|
| RUDERSDAL, EOOD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Index No. 655901/2018 |
| ) | |
| PHILIP ROBERT HARRIS, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ADVANCE PRELIMINARY CONFERENCE

COMES NOW the Plaintiffs, RUDERSDAL, EOOD; ALL SEAS PROPERTY, OOD; ASSET MANAGEMENT, EAD, and ZAHARI TOMOV, through undersigned counsel, and, pursuant to Section 208.9 of the Uniform Civil Rules for The New York City Court, hereby move this Court for a continuance of the Preliminary Conference in this case, averring in support thereof as follows:

1. A Preliminary Conference for this matter is currently set for February 6, 2019 at 9:30 a.m.;

2. Plaintiffs request that this Preliminary Conference be rescheduled for a later date at the Court's convenience, however, sufficiently in the future to permit Plaintiffs to effectuate service of process on the Defendants;

3. The reason for the request is that Plaintiffs require more time to effectuate international service of process under the Hague Convention on the foreign Defendants;

4. There have been no previous requests to reschedule this Preliminary Conference or extend any current deadlines in this case;

1

5. Plaintiffs have not conferred with counsel regarding Plaintiffs' request herein because contact with opposing counsel is not established due to Defendants not yet having been served; and

6. Service will be attempted and completed in as timely a manner as possible in light of the additional efforts and procedures required to serve international defendants.

WHEREFORE, Plaintiffs pray that the instant motion be granted and the preliminary conference be continued at this Court's convenience to such date as would allow sufficient time to complete service on the foreign Defendants in this matter.

        Respectfully submitted,

        RUDERSDAL, EOOD
        ALL SEAS PROPERTY, OOD
        ASSET MANAGEMENT, EAD
        ZAHARI TOMOV

        By counsel _____

        Sylvia J. Rolinski, Esq.
        Attorney Registration No. 4210464
        Rolinski Law Group, LLC
        14915 River Road
        Potomac, MD 20854
        Office +1-301-987-0202 ext. 1
        Fax +1-301-263-7100
        sjr@Rolinski.com
January 21, 2019        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January 2019, Plaintiffs' Motion to Continue was e-filed with this Court but could not be served as service of process has not been effectuated on the Defendants in this case and therefore no Defendants' counsel have appeared as of this date.

Sylvia J. Rolinski, Esq.
Attorney Registration No. 4210464
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
Office +1-301-987-0202 ext. 1
Fax +1-301-263-7100
sjr@Rolinski.com

3