UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RUDERSDAL, EOOD, et al.** ) | Case No. 1:18-cv-11072 (GHW-RWL) |
| ) | |
| ) | [rel. 1:19-cv-01762 (STAYED) |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **PHILIP ROBERT HARRIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020

**ORDER**

This matter having come before this Court on Plaintiffs' Uncontested Motion for Leave to Serve Defendant VTB by Alternative Methods, the record herein, and good cause having been shown, it is, this <u>4th</u> day of <u>June</u>, 2020:

ORDERED, that Plaintiffs' Motion is hereby GRANTED; and it is further

ORDERED, that Plaintiffs are granted leave to attempt service on Defendant VTB by any and all of the following methods:

(1) Service on VTB's U.S. partner, Xtellus Capital Inc., at their offices in New York, New York through the Secretary of State of the State of New York;

(2) Service by international registered mail on VTB's banking offices in Belarus; and

(3) Service by email to VTB's First Deputy President and Chairman of VTB Bank Management Board, Mr. Yuri Soloviev in Russia at his verified VTB email address, yuri.soloviev@vtbcapital.com.

SO ORDERED.

6/4/2020

Magistrate Judge Lehrburger
United States District Court
for the Southern District of New York

cc: all parties and counsel of record via ECF