USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RUDERSDAL, EOOD, et al.** | Case No. 1:18-cv-11072 (GHW) |
| **Plaintiffs,** | [rel. 19-cv-01762] |
| v. | **ORDER ON MOTION TO WITHDRAW** |
| **PHILIP ROBERT HARRIS, et al.** | |
| **Defendants.** | |

## ORDER

This matter having come before this Court on the motion of Lauren M. Stroyeck, attorney for Plaintiffs, and Lauren M. Stroyeck, Esq.'s affidavit; and good cause having been shown, it is, this 28th day of July, 2020:

ORDERED, that the instant Motion is hereby GRANTED; and it is further

ORDERED, that as of July 28, 2020, Lauren M. Stroyeck, Esq. be withdrawn as counsel of record *pro hac vice* for Plaintiffs in this matter.

Dated: July 28, 2020
City, State: New York, New York

SO ORDERED.

Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York

cc: all parties and counsel of record via ECF