UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

RUDERSDAL, EOOD, et al.,

                                          Plaintiffs,

                            -v -

PHILIP ROBERT HARRIS, et al.,

                                    Defendants.

---------------------------------------------------------------- X

1:19-cv-1762-GHW-RWL

ORDER

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/4/2023 |

GREGORY H. WOODS, United States District Judge:

      On July 10, 2019, Judge Lehrburger stayed this case "while the parallel action 18-cv-11072 progresses."  Dkt. No. 85.  On May 4, 2023, this Court issued an order granting Plaintiffs' motion to dismiss the remaining defendants in the 18-cv-11072 case, resulting in the closure of that case. Accordingly, Plaintiffs are instructed to submit, no later than May 12, 2023, either a stipulation of dismissal under Rule 41(a)(1)(A)(i), given that no party has answered or moved for summary judgment in this case, or a status letter directed to Judge Lehrburger informing the court how Plaintiffs wish to proceed in this case.

      SO ORDERED.

Dated:  May 4, 2023
     New York, New York

                                    _____
                                     GREGORY H. WOODS
                                 United States District Judge