```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
RUDERSDAL, EOOD, *et al.*,                                       :
                                                                 :
                                    Plaintiffs,                  :   1:19-cv-1762-GHW-RWL
                                                                 :
              -v -                                               :   ORDER
                                                                 :
PHILIP ROBERT HARRIS, *et al.*,                                  :
                                                                 :
                                    Defendants.                  :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated May 4, 2023, Dkt. No. 121, Plaintiffs were directed to submit either a stipulation of dismissal or a status letter directed to Judge Lehrburger informing the Court how Plaintiffs wish to proceed, no later than May 12, 2023. The Court has not received either a stipulation of dismissal or a status letter. Plaintiffs are directed to comply with the Court's May 4, 2023 order forthwith.

SO ORDERED.

Dated: May 24, 2023
       New York, New York
                                                    _____
                                                         GREGORY H. WOODS
                                                       United States District Judge